LMB/lmb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00 - 6261** CR-FERGUSON

18 U.S.C. § 2252A(a)(5)(B)

MAGISTRATE JUDGE
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| DAVID DICKINSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |



### INDICTMENT

The Grand Jury charges that:

On or about December 16, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

DAVID DICKINSON,

did knowingly possess a computer and other material that contained three (3) or more images of child pornography that had been transported and shipped in interstate commerce by computer, and which were produced using materials that had been transported and shipped in interstate and foreign commerce, depicting minors engaging in sexually explicit conduct, the production of which



involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL:

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

- 2 -

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO._____

v.

**DAVID DICKINSON**                **CERTIFICATE OF TRIAL ATTORNEY*****

_____

**Court Division**: (Select One)

**Superseding Case Information**:
New Defendant(s)          Yes ____          No ____
Number of New Defendants          _____
Total number of counts          _____

____ Miami  ____ Key West
_X_ FTL  ____ WPB ____ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:          (Yes or No) _NO_____
      List language and/or dialect  _____English_____

4.    This case will take  __3__  days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
      (Check only one)                              (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | _X_ |
| V | 61 days and over | _____ | | |

6.    Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: _____          Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?(Yes or No) _____No_____
If yes:
Magistrate Case No.  _____
Related Miscellaneous numbers:_____
Defendant(s) in federal custody as of_____
Defendant(s) in state custody as of  _____June 6, 2000(unrelated charges)_____

Rule 20 from the _____          District of _____

Is this a potential death penalty case? (Yes or No) _____No_____

7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No If yes, was it pending in the Central Region? _ ____ Yes____ No

8.    Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 712450

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: _David Dickinson_   No.:_____

Count # 1:

Possession of Child Pornography; in violation of 18 U.S.C. §2252A(a)(5)(B)

_____

*Max Penalty:   Five (5) years' imprisonment;$250,000 fine_____

Count #

_____

*Max Penalty:_____

_____

Count #

_____

*Max Penalty:_____

_____

Count #

_____

_____

*Max Penalty:_____

_____

Count # :

_____

_____

*Max Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96