AO 442 (Rev. 12/85) Warrant for Arrest  AUSA LAURENCE M. BARDFELD    S/A TERRI PATTERSON (305)944-9101

## *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

DAVID DICKINSON

TO:    **The United States Marshal**
       **and any Authorized United States Officer**

FILED by __ D.C.
SEP - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### WARRANT FOR ARREST

CASE NUMBER: **00-6261**

**CR-FERGUSON**

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest _____ DAVID DICKINSON _____
                                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Possession of Child Pornography,

in violation of Title 18 United States Code, Section(s) 2252A (a)(5)(B)

CLARENCE MADDOX
Name of Issuing Officer

*Signature of Issuing Officer*

Bail fixed at $ 50,000 Corporate Surety Bond with Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

September 7, 2000, Fort Lauderdale, Florida
Date)and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |