12-3-01   9:00 AM                                          PG #1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID D DICKINSON
   -V-                                    CASE #
FLORIDA                                   00-6261-CR FERGUSON


MOTION FOR SPEEDY DISPOSITION


COMES NOW THE DEFENDANT, DAVID D DICKINSON PRO-SE AND PURSUANT TO A WARRANT PENDING IN THIS FEDERAL COURT. THE DEFENDANT WOULD MOVE THIS COURT FOR A SPEEDY DISPOSITION OF THE ABOVE STYLED CAUSE PURSUANT TO SMITH V HOOEY 89 S.CT 575 (US (TEX) 1969).


RESPECTFULLY SUBMITTED
DAVID D DICKINSON
PRO-SE

_David D Dickinson_

RETURN ADDRESS

DAVID D DICKINSON #0-800033
   D 1107 L   UNIT #1
CAL-CI
19562 SOUTH EAST INSTATUTIONAL DR.
BLOUNTSTOWN FL. 32424