IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, IN AND
FOR THE UNITED STATES

DEF.  DAVID DICKINSON
            V
PLAIN. UNITED STATES

CASE # 00-6261-CR-
FERGUSON

FILED BY __ D.C.
INTAKE
DEC 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF

### DEMAND FOR SPEEDY TRIAL

COMES NOW THE DEFENDANT DAVID D DICKINSON, IN PROPER PERSON PURSUANT TO FEDERAL CRIMINAL PROCEDURE + RULES - 15 - USC SECTION 3161, AND MOVES THIS HONORABLE COURT TO HOLD CALENDER CALL AND ANNOUNCE IN OPEN COURT THE RECEIPT OF THIS DEMAND FOR SPEEDY TRIAL IN ACCORDANCE WITH THE ABOVE CITED RULE OF CRIMINAL PROCEDURE, GIVING NOTICE TO ALL PARTIES INVOLVED AND SETTING THIS CASE FOR TRIAL WITHIN THE TIME PERIODS PROVIDED BY LAW.

### UNNOTARIZED OATH

I HEARBY DECLARE UNDER PENALTIES OF PURJURY THAT I HAVE READ THE FOREGOING MOTION FOR DEMAND FOR SPEEDY TRIAL AND THE FACTS STATED IN IT ARE TRUE.

RESPECTFULLY SUBMITTED THIS 5 DAY OF DEC 2001.

SIGNED David Dickinson #0300033 CAC-CI

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEMAND FOR SPEEDY TRIAL has been furnished by US mail to the parties whose names appear below on this 5 day of DEC 2001.

DAVID D DICKINSON

*David D Dickinson*

DAVID D DICKINSON #0B00033
D 1105 L UNIT 1
CALHOUN CORRECTIONAL INS.
19562 SE INSTITUTIONAL DR
BLOUNTSTOWN FL 32424

PARTIES TO PROCEEDING

#1) UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PROSECUTORS OFFICE
301 N MIAMI AVE
MIAMI FL 33128

#2) UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CLERK OF COURTS OFFICE
301 N MIAMI AVE
MIAMI FL 33128