UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-CR-FERGUSON

UNITED STATES OF AMERICA

        Plaintiff,

v.

DAVID DICKINSON,

        Defendant.
_____/

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    The United States of America, by its United States Attorney, shows to the Court:

    1.    It appearing from the petition of the United States of America, that the defendant in the above case, DAVID DICKINSON, confined in the Calhoun Correctional Institute, Blountstown, Florida, and that the case is set for an Initial Appearance as to said defendant at Ft. Lauderdale, Florida on January 23, 2002 at 11:00 a.m., and that it is necessary for said defendant to be before this Court for said proceeding.

    2.    DAVID DICKINSON, Department of Corrections Number B00033, is now confined in the Calhoun Correctional Institute, Blountstown, Florida.

    3.    It is necessary to have said defendant before this Court for an Initial Appearance.



**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said DAVID DICKINSON and have subject before this Court at the time and place above specified, then and there as aforesaid; hold said defendant until the conclusion of his case, that is until discharged or sentenced; and upon completion of said proceedings to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said DAVID DICKINSON into the custody of any United States Marshal for the aforesaid purpose.

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _____
      KATHLEEN RICE
      ASSISTANT UNITED STATES ATTORNEY

cc:    U.S. ATTORNEY (Rice)