UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-CR-FERGUSON

UNITED STATES OF AMERICA

　　　　　Plaintiff,

v.

DAVID DICKINSON,

　　　　　Defendant.
_____/



WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:　ANY UNITED STATES MARSHAL, and
　　　WARDEN, of the Calhoun Correctional Institute

1.　　It appearing from the petition of the United States of America that DAVID DICKINSON, Department of Corrections Number 00033, a defendant in the above entitled case, is confined in the Calhoun Correctional Institute, Blountstown, Florida, and that said case is set for an Initial Appearance at the United States Federal Courthouse, 299 East Broward Boulevard, Ft. Lauderdale Florida on February 20, 2002, and that it is necessary for the said defendant to be before this Court for the said proceeding;

**NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said DAVID DICKINSON, now in custody as aforesaid, under safe and secure conduct, before this Court at 299 East Broward Boulevard, Ft. Lauderdale, Florida by or before 11:00 a.m., on February 20, 2002, for an Initial Appearance on the criminal charges pending against subject in this cause, hold said defendant until the conclusion of his case, that is until discharged

or sentenced; and upon completion of said proceedings that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of the Calhoun Correctional Institute, Blountstown, Florida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said DAVID DICKINSON for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at Ft. Lauderdale, Florida, this /5th day of January, 2002.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc:  U.S. Attorney (Rice)
     U.S. Marshal (4 certified copies)
     Chief Probation Officer