

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-CR-FERGUSON

UNITED STATES OF AMERICA

Plaintiff,

v.



DAVID DICKINSON,

56048-004 Defendant.

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: ANY UNITED STATES MARSHAL, and
WARDEN, of the Calhoun Correctional Institute

1. It appearing from the petition of the United States of America that DAVID DICKINSON, Department of Corrections Number 00033, a defendant in the above entitled case, is confined in the Calhoun Correctional Institute, Blountstown, Florida, and that said case is set for an Initial Appearance at the United States Federal Courthouse, 299 East Broward Boulevard, Ft. Lauderdale Florida on February 20, 2002, and that it is necessary for the said defendant to be before this Court for the said proceeding;

**NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said DAVID DICKINSON, now in custody as aforesaid, under safe and secure conduct, before this Court at 299 East Broward Boulevard, Ft. Lauderdale, Florida by or before 11:00 a.m., on February 20, 2002, for an Initial Appearance on the criminal charges pending against subject in this cause, hold said defendant until the conclusion of his case, that is until discharged





or sentenced: and upon completion of said proceedings that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of the Calhoun Correctional Institute, Blountstown, Florida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said DAVID DICKINSON for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at Ft. Lauderdale, Florida, this 15th day of January, 2002

Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: U.S. Attorney (Rice)
U.S. Marshal (4 certified copies)
Chief Probation Officer

Certified to be a true and correct copy of the original
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By Judy Segel
Date 1/23/02

U.S. MARSHALS RETURN
I have (partially) fully executed this Writ by taking custody of the within named, David Dickinson and transported him to FDC Tallahassee on 1/29/02

James W. Lockley, Jr.,
U.S. Marshal

By: Moty West
Deputy U.S. Marshal

UNITED STATES GOVERNMENT
MEMORANDUM

299 EAST BROWARD BOULEVARD
ROOM 312
FT LAUDERDALE, FLORIDA 33301
(954) 356-7256

DATE : January 23, 2002
REPLY TO : UNITED STATES MARSHALS SERVICE
ATTN OF : SOUTHERN DISTRICT OF FLORIDA, FT LAUDERDALE

SUBJECT : DICKINSON, David DC # B00033

TO : CALHOUN CORRECTIONAL INSTITUTION
ATTN : RECORDS DEPARTMENT

Attached is a certified copy of the WRIT AD PROS
On: David Dickinson 56048-004

Subject is needed on the prescribed date and time in the Southern District of Florida, Ft Lauderdale.

We have already requested transportation through the Prisoner Transportation Division in Kansas City, Missouri.

A certified order is forthcoming.
Thank you for your assistance in this matter.

Respectfully,

EDWARD STUBBS
ACTING UNITED STATES MARSHAL
SOUTHERN DISTRICT OF FLORIDA

BY: [signature]
Stephanie Orent
Administrative Support Assistant