## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: DAVID DICKINSON (J)  CASE NO: 00-6261-CR-FERGUSON
AUSA: KATHLEEN RICE — *pres*  ATTY: *Robert Berube*
AGENT:   VIOL: 18:2252A
PROCEEDING: I/A ON INDICTMENT  RECOMMENDED BOND: 50,000 CSB w/NEBBIA
BOND HEARING HELD - yes / (no)  COUNSEL APPOINTED: FPD
BOND SET @: 50,000 w/Nebbia  To be cosigned by:

FILED by __ D.C.
FEB - 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 2/21 | 11 | BSS | |

DATE: 2/6/02   TIME: 11:00   FTL/LSS TAPE # 02- 008   Begin: 101   End: 259