AO 442 (Rev. 12/85) Warrant for Arrest   AUSA LAURENCE M. BARDFELD   S/A TERRI PATTERSON (305)944-9101

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA      505650

UNITED STATES OF AMERICA

V.

DAVID DICKINSON

## WARRANT FOR ARREST

CASE NUMBER: 00-6261-CR-FERGUSON

MAGISTRATE JUDGE SNOW

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DAVID DICKINSON _____
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Possession of Child Pornography,

in violation of Title 18 United States Code, Section(s) 2252A (a)(5)(B)

CLARENCE MADDOX                              COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                       Title of Issuing Officer

*[signature: Clarence Butler]*                September 7, 2000, Fort Lauderdale, Florida
Signature of Issuing Officer                  Date and Location

Bail fixed at $ 50,000 Corporate Surety Bond with Nebbia by Barry S. Seltzer, United States Magistrate Judge
                                                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |
| Ft. Lauderdale, FL |

| DATE RECEIVED<br>2/7/00 | NAME AND TITLE OF ARRESTING OFFICER<br>Edward Stubbs, Acting US Marshal  S/D  FL | SIGNATURE OF ARRESTING OFFICER<br><br>John Walker, ASDUSM |
|---|---|---|
| DATE OF ARREST<br>2/4/02 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ DAVID DICKINSON _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____