```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
                                    CASE NO. 00-6261-CR-FERGUSON
UNITED STATES OF AMERICA

      vs
                                              FILED
                                              FEB -6 2002
DAVID DICKINSON                     ARRAIGNMENT INFORMATION SHEET
                                    CLARENCE MADDOX
                                    CLERK U.S. DIST. CT.
                                    S.D. FLA. FT. LAUD.
```

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on FEBRUARY 6, 2002, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __CUSTODY__

                     Telephone: _____

DEFENSE COUNSEL:     Name: _Federal Public Defender_

                     Address: _____

                     Telephone: _____

BOND SET/~~CONTINUED~~: $ _50,000 CSB w/ Nebbia_

Bond hearing held: yes____  no _X_  Bond hearing set for _____

Dated this __6TH__ day of __FEBRUARY__, 2002.

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By: _Jenny Butler_
                                  Deputy Clerk

                              Tape No. _02-008_

cc: Copy for Judge
    U. S. Attorney

