UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-CR-FERGUSON/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID DICKINSON,

    Defendant.

_____/

## MOTION TO WITHDRAW

Undersigned counsel files this Motion to Withdraw from further representation and states;

The Defendant was appointed to the Federal Defender's Office on February 6, 2002. He is in possession of the Government's Response to the Standing Discovery Order.

Defendant Dickinson and undersigned counsel have irreconcilable differences and are incapable of working together in an attempt to successfully resolve the allegations.

On several occasions Defendant Dickinson has made it very clear that he wants a new lawyer. Based upon the telephone calls received by this Office from Defendant Dickinson, it is clear that the we will not be able to represent the Defendant until the conclusion of this case. His most recent allegation of impropriety on behalf of this Office is that he was not forewarned of the arrival of the discovery material.

Undersigned counsel has spoken to Assistant United States Attorney Rice, she has no objection to this request.

WHEREFORE; Undersigned counsel requests that this Court appoint an attorney from the Criminal Justice Panel to handle this case to completion.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: /s/ Robert N. Berube
Robert N. Berube
  Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 19th day of February, 2002, to Kathleen Rice, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and to David Dickinson, Fort Lauderdale City Jail, 1300 West Broward Boulevard, Fort Lauderdale, Florida 33312.

/s/ Robert N. Berube
Robert N. Berube