# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

FEB 21 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
INTAKE

DEFT: DAVID DICKENSON (no deft)        CASE NO: 00-6261-CR-Ferguson
AUSA: Kathleen Rice /s/ Aliu            ATTY: FPD /Lopez for Benlet/
AGENT: ___                              VIOL: ___
PROCEEDING: Status Conference           RECOMMENDED BOND: ___
BOND HEARING HELD - yes / no            COUNSEL APPOINTED: ___
BOND SET @: ___                         To be cosigned by: ___

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

Discovery out
no mots
Gov't ready
3 days to try

FPD has filed mot
to withdraw

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___

DATE: 2-21-02    TIME: 11:00am    FTL/BSS TAPE #02- 011    Begin: 882    End: 910