UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6261-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

DAVID DICKINSON,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on February 21, 2002. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require three days to try.

2.    Defense counsel informed the Court that he has recently filed a motion to withdraw his representation of the defendant.

DATED at Fort Lauderdale, Florida this 21st day of February 2002.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Kathleen Rice, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Attorney for Defendant