UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-CR-FERGUSON/Snow



UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID DICKINSON,

    Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER having come before the Court upon the Federal Public Defender's Motion to Withdraw and the Court having been fully advised as to its premises, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED and the Federal Public Defender is relieved of further duties in this cause. It is further

ORDERED that substitute counsel shall be appointed by separate order. *THE CASE IS REFERRED TO MAGISTRATE JUDGE SNOW FOR APPOINTMENT OF NEW COUNSEL.*

DONE AND ORDERED at Fort Lauderdale, Florida, this 4th day of MARCH, 2002.

                                        WILKIE D. FERGUSON
                                        United States District Court Judge

cc:    Robert N. Berube, AFPD
        Kathleen Rice, AUSA
        David Dickinson, Defendant

