UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-CR-FERGUSON

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DAVID DICKINSON,

    Defendants.

_____

## MOTION TO CONTINUE

Defendant David Dickinson, by and through undersigned counsel, respectfully requests this Honorable Court to grant a continuance in this matter and in support thereof says:

1. That the trial of this cause is set for trial period beginning April 8, 2002, and the calendar call is April 2, 2002 April 2, 2002.

2. Undersigned counsel is still investigating this case and needs time to complete this process. There are two search warrants subsequent to a warrantless house search. This issue as well as other pre-trail issues warrant complete investigation. Undersigned was recently appointed after the F. P. D. withdrew.

3. Undersigned counsel has been on vacation for the past week during which trial notice was received but not reviewed until Saturday March 30, 2002.

LOCAL RULE 88.9 CERTIFICATE

I HEREBY CERTIFY that I contacted Kathleen Rice, the AUSA prosecuting this case, and she has no objection to this motion to

1

continue.

THEREFORE, Defendant David Dickinson prays this Honorable Court grant this motion to continue trial date.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 1st day of April, 2002 to: Kathleen Rice, A.U.S.A., 500 East Broward Blvd., Suite 700 Ft. Lauderdale, Florida 33301.

Respectfully submitted,

DAVID P. HODGE
727 Northeast Third Avenue
Suite 100
Fort Lauderdale, Florida 33304
(954) 462-6145
Fax (954) 462-4393

BY: _____
David P. Hodge
FBN 478008