UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,
        Plaintiff,
Vs.

Case No. 00-6261-CR-FERGUSON

DAVID DICKINSON
        Defendant.
_____/

## ORDER GRANTING MOTION TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned cause on a motion filed by defendants, LEONARD SAPP, JEFFREY SAPP and ROBERT O'NEAL on April 2, 2002. After consideration of the motion it is

**ORDERED AND ADJUDGED** that the motion is hereby **GRANTED**.

The trial is continued to the two-week period commencing **May 6, 2002. Calendar Call is scheduled for 3:15 p.m. on Monday, April 29, 2002**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendants reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. **The Court finds the period of delay from (04/0202 to 04/29/02) excludable in calculating the period within which trial must commence under the Speedy Trial Act.** See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this _____ day of April 2002

                              WILKIE D. FERGUSON, JR.
                              UNITED STATES DISTRICT JUDGE

c:
Kathleen Rice, AUSA, David Hodge, Esq.,