UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                    CASE NO. 00-6261-CR-FERGUSON
              Plaintiff,

vs.

DAVID DICKINSON,

          Defendants.
_____/

## MOTION TO CONTINUE

Defendant David Dickinson, by and through undersigned counsel, respectfully requests this

Honorable Court to grant a continuance in this matter and in support thereof says:

1.      That the trial of this cause is set for trial period beginning May 6, 2002, with a

calendar call on April 29, 2002.

2.      The accused is charged with possession of child pornography. That being pictures

from two computer hard drives. Undersigned counsel is still investigating this case and needs time

to complete this process. At the discovery conference this week counsel requested to view an exact

copy of the hard drive the Deceptive was not able to allow that at that time and arrangements are now

being made for this exam.

3.      Recently the Supreme Court came out with a case finding the child pornography

legislation unconstitutional *Ashcroft v. The Free Speech Coalition, Et.Al.* (April 16, 2002).

Undersigned counsel needs time to evaluate that case and determine it's impact on this case.

LOCAL RULE 88.9 CERTIFICATE

I HEREBY CERTIFY that I contacted Kathleen Rice, the AUSA prosecuting this case, and

1



she has no objection to this motion to continue.

THEREFORE, Defendant David Dickinson prays this Honorable Court grant this motion to continue trial date.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 25th day of April, 2002 to: Kathleen Rice, A.U.S.A., 500 East Broward Blvd., Suite 700 Ft. Lauderdale, Florida 33301.

Respectfully submitted,

DAVID P. HODGE
727 Northeast Third Avenue
Suite 100
Fort Lauderdale, Florida 33304

Telephone(954) 462-6145
Fax (954) 462-4393

BY: _____
David P. Hodge
FBN 478008

2