FILED by /H/ D.C.

APR 29 2002

CLARENCE MADDOX
U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

02 MAR 25 PM 1:47

UNITED STATES OF AMERICA
Plaintiff,

vs.

DAVID DICKINSON,

Defendants.
_____/

CASE NO. 00-6261-CR-FERGUSON

It is ORDERED that this Motion is hereby GRANTED CALENDAR CALL IS RESET TO 05/13/02 @ 3:15 PM.

WILKIE D. FERGUSON, JR.
04/29/02
DATE

## MOTION TO CONTINUE

Defendant David Dickinson, by and through undersigned counsel, respectfully requests this Honorable Court to grant a continuance in this matter and in support thereof says:

1. That the trial of this cause is set for trial period beginning May 6, 2002, with a calendar call on April 29, 2002.

2. The accused is charged with possession of child pornography. That being pictures from two computer hard drives. Undersigned counsel is still investigating this case and needs time to complete this process. At the discovery conference this week counsel requested to view an exact copy of the hard drive the Deceptive was not able to allow that at that time and arrangements are now being made for this exam.

3. Recently the Supreme Court came out with a case finding the child pornography legislation unconstitutional *Ashcroft v. The Free Speech Coalition, Et.Al.* (April 16, 2002). Undersigned counsel needs time to evaluate that case and determine it's impact on this case.

LOCAL RULE 88.9 CERTIFICATE

I HEREBY CERTIFY that I contacted Kathleen Rice, the AUSA prosecuting this case, and

1

30