UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                    CASE NO. 00-6261-CR-FERGUSON
            Plaintiff,

vs.

DAVID DICKINSON,

        Defendants.
_____/

## MOTION TO CONTINUE

Defendant David Dickinson, by and through undersigned counsel, respectfully requests this Honorable Court to grant a continuance in this matter and in support thereof says:

1.   That the trial of this cause is set for trial period beginning May 20, 2002, with a calendar call on May 13, 2002.

2.   The accused is charged with possession of child pornography. That being pictures from two computer hard drives. Undersigned counsel is still investigating this case and needs time to complete this process. At the discovery conference counsel requested to view an exact copy of the hard drive. The Detective was not able to allow that at that time and arrangements are now being made for this exam. This review has not been made available to date.

3.   Undersigned counsel is seeking the assistance of a computer expert to assist in the investigation of this matter and will have to file a special request with the court to authorize the expenditure of CJA funds for this purpose.

4.   This case is complex and will require additional time to get expert assistance and to investigate these issues. A 45 day continuance is requested.

1



## LOCAL RULE 88.9 CERTIFICATE

I HEREBY CERTIFY that I have attempted to contacted Kathleen Rice, the AUSA prosecuting this case, however and she has not had an opportunity to respond to this request. .

THEREFORE, Defendant David Dickinson prays this Honorable Court grant this motion to continue trial date.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 9th day of May, 2002 to: Kathleen Rice, A.U.S.A., 500 East Broward Blvd., Suite 700 Ft. Lauderdale, Florida 33301.

Respectfully submitted,

DAVID P. HODGE
727 Northeast Third Avenue
Suite 100
Fort Lauderdale, Florida 33304

Telephone(954) 462-6145
Fax (954) 462-4393

BY: _____
David P. Hodge
FBN 478008