

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

vs.

DAVID DICKINSON,

    Defendants.
_____/

CASE NO. 00-6261-CR-FERGUSON



It is ORDERED that this Motion is hereby DENIED. THIS CASE WAS INDICTED 1½ YRS AGO.

WILKIE D. FERGUSON, JR.
05/10/02
DATE

## MOTION TO CONTINUE

Defendant David Dickinson, by and through undersigned counsel, respectfully requests this Honorable Court to grant a continuance in this matter and in support thereof says:

1. That the trial of this cause is set for trial period beginning May 20, 2002, with a calendar call on May 13, 2002.

2. The accused is charged with possession of child pornography. That being pictures from two computer hard drives. Undersigned counsel is still investigating this case and needs time to complete this process. At the discovery conference counsel requested to view an exact copy of the hard drive. The Detective was not able to allow that at that time and arrangements are now being made for this exam. This review has not been made available to date.

3. Undersigned counsel is seeking the assistance of a computer expert to assist in the investigation of this matter and will have to file a special request with the court to authorize the expenditure of CJA funds for this purpose.

4. This case is complex and will require additional time to get expert assistance and to investigate these issues. A 45 day continuance is requested.

1