**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE __WILKIE D. FERGUSON, JR.__



Case No. __00-6261-CR-FERGUSON__   Date: __MAY 13, 2002__

Clerk: __Karen Gardner__   Reporter: __Paul Hagerling__

USPO: __N/A__   Interpreter: __N/A__

**UNITED STATES OF AMERICA vs.** __DAVID DICKINSON__

AUSA: __Kathleen Rice__

Defendant(s) Counsel: __David Hodge, Esq.,__

Defendant(s) Present____ Not Present _X_ In Custody____

Reason for hearing: **CALENDAR CALL** ; _Δ needs expert - gov't will supercede indictment._

Result of hearing: __Trial reset July 1st.__

Case Continued to: __6/24/02__ Time: __3:15__ P.M. __CC__

