FILED by
MAY 13 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA
        Plaintiff,
Vs.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6261-CR-FERGUSON

DAVID DICKINSON
        Defendant.
_____/

## NOTICE OF CRIMINAL TRIAL

    PLEASE TAKE NOTICE that the above-entitled cause is hereby set for **Criminal Jury Trial** before the Honorable **Wilkie D. Ferguson, Jr.,** Judge for the United States District Court, Southern District of Florida, at **299 East Broward Boulevard, Second Floor, Courtroom 207A, Fort Lauderdale, Florida,** during the two-week period commencing , **June 24, 2002, and Calendar Call is scheduled for 3:15 p.m. on Monday, July 1, 2002** .

    The Court finds that the interest of justice served by granting a continuance to allow counsel for both parties reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (05/13/02 to 06/24/02) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

    **DONE AND ORDERED** at Fort Lauderdale, Florida this ___13th___ day of May 2002.

                                  _____
                                  KAREN GARDNER
                                  DEPUTY CLERK

copies: Kathleen Rice, AUSA, David Hodge, Esq.,