UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-CR-FERGUSON/SNOW(s)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 1462(a)

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )
vs.                        )
                           )
DAVID DICKINSON,           )
                           )
        Defendant.         )
_____)



### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about December 16, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DAVID DICKINSON,**

did knowingly possess a computer and other material that contained three (3) or more images of child pornography that had been transported and shipped in interstate commerce by computer, and which were produced using materials that had been transported and shipped in interstate and foreign commerce, depicting minors engaging in sexually explicit conduct, the production of which



involved the use of a minor engaging in sexually explicit conduct; all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT II

On or about December 16, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DAVID DICKINSON,**

did knowingly use an interactive computer service, that is, America OnLine, for carriage in interstate commerce from the State of Virginia to the State of Florida, of obscene, lewd, lascivious and filthy pictures, in violation of Title 18, United States Code, Section 1462(a).

A TRUE BILL:

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name** DAVID DICKINSON          **Case No.**   00-6261-CR-FERGUSON/SNOW(s)

=================================     =============================================

Count #: 1

POSSESSION OF CHILD PORNOGRAPHY

18 U.S.C. § 2252A(a)(5)(B)

**Max. Penalty:**       5 YEARS' IMPRISONMENT; $250,000 FINE
================================================================================
Count #: 2

TRANSPORTATION OF OBSCENE MATTERS

18 U.S.C. § 1462(a)

**Max. Penalty:**       5 YEARS' IMPRISONMENT; $250,000 FINE
================================================================================
Count #:



**Max. Penalty:**
================================================================================
Count #:



**Max. Penalty:**
================================================================================
Count #.



**Max. Penalty:**
================================================================================
Count #:



**Max. Penalty:**
================================================================================
================================================================================

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.

DAVID DICKINSON

CASE NO.    00-6261-CR-FERGUSON/SNOW(s)

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s)           Yes ___  No _X_
Number of New Defendants   ___
Total number of counts     _2_

**Court Division:** (Select One)

___ Miami        ___ Key West
_X_ FTL          ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I   | 0 to 5 days    | _X_ | Petty   |   |
   | II  | 6 to 10 days   |     | Minor   |   |
   | III | 11 to 20 days  |     | Misdem. |   |
   | IV  | 21 to 60 days  |     | Felony  | _X_ |
   | V   | 61 days and over |   |         |   |

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _2/6/02_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

\*Penalty Sheet(s) attached

REV.6/27/00

No. FL 05025

# UNITED STATES DISTRICT COURT

**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

DAVID DICKINSON

## INDICTMENT

18 USC § 2252A(a)(5)(B)
18 USC § 1462(a)

A true bill.

_____
*Foreperson*

Filed in open court this _____ day,

of _____ A.D. 2002

_____
*Clerk*

Bail, $ _____