...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. 00-6261-CR-FERGUSON
     Plaintiff,

vs.

DAVID DICKINSON,

     Defendants.
_____/



## MOTION TO CONTINUE

Defendant David Dickinson, by and through undersigned counsel, respectfully requests this Honorable Court to grant a continuance in this matter and in support thereof says:

1. That the trial of this cause is set for trial period beginning July 1, 2002, with a calendar call on June 24, 2002.

2. The accused is charged with possession of child pornography. That being pictures from two computer hard drives.

3. Undersigned counsel is seeking the assistance of a computer expert to assist in the investigation of this matter and has filed a special request with the court to authorize the expenditure of CJA funds for this purpose.

4. Undersigned counsel is working on a motion to compel discovery and for a protective order asking for mirror image copies of the computer data seized in this case. These copies need to be inspected by the defense expert and the defense investigator in this case. This motion should ready by tomorrow, June 20, 2002.

1

## LOCAL RULE 88.9 CERTIFICATE

I HEREBY CERTIFY that I have attempted to contacted Kathleen Rice, the AUSA prosecuting this case, however and she has not had an opportunity to respond to this request. .

THEREFORE, Defendant David Dickinson prays this Honorable Court grant this motion to continue trial date.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 19th day of June, 2002 to: Kathleen Rice, A.U.S.A., 500 East Broward Blvd., Suite 700 Ft. Lauderdale, Florida 33301.

Respectfully submitted,

DAVID P. HODGE
727 Northeast Third Avenue
Suite 100
Fort Lauderdale, Florida 33304

Telephone (954) 462-6145
Fax (954) 462-4393

BY: _____
David P. Hodge
FBN 478008

2