UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. 00-6261-CR-FERGUSON(s)
        Plaintiff,

vs.

DAVID DICKINSON,

        Defendants.
_____/

## EX PARTE MOTION FOR APPOINTMENT
## OF COMPUTER EXPERT WITNESS

Undersigned counsel has been appointed as CJA counsel for the Defendant, David Dickinson. Mr. Dickinson is charged by superceding indictment with two counts related to possession of alleged child pornography on a computer. The government has seized two computers and a few diskettes that they intend to use as evidence against the defendant. These computers and their hard drives and the diskettes were analyzed by the government but have not been inspected and analyzed by the defense. The defense needs a competent expert witness to inspect this evidence.

Undersigned counsel has discussed this case with Marcus Lawson of Global CompuSearch, based in Spokane Washington. Mr. Lawson is a former U.S. Secrete Service Special Agent and has an expertise in computer data analysis. His expertise is needed by the defense in this case in order to present the defense in this case. His reduced rate for Federal cases is $135.00 per hour. If needed for trial or motion hearing his rate is $1,800.00 for the first day and $190.00 per hour for any additional days. It is anticipated that 25 hours will be needed to analyze the two hard drives in this case. That would cost $3,375.00.

This request is necessary to ensure a fair trial and effective representation in this matter under both the 5th and 6th amendment to the U. S. Constitution .

Therefore the defense respectfully request the appointment of Marcus Lawson to assist the defense in this case at the rates outlined above.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 19th day of June, 2002 to: Kathleen Rice, A.U.S.A., 500 East Broward Blvd., Suite 700 Ft .Lauderdale, Florida 33301.

Respectfully submitted,

DAVID P. HODGE
727 Northeast Third Avenue
Suite 100
Fort Lauderdale, Florida 33304

Telephone(954) 462-6145
Fax (954) 462-4393

BY: _____
David P. Hodge
FBN 478008