

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6261-CR-FERGUSON

UNITED STATES OF AMERICA,
        Plaintiff,
Vs.

DAVID DICKINSON
        Defendant.
_____/

## NOTICE OF CRIMINAL TRIAL

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for **Criminal Jury Trial** before the Honorable **Wilkie D. Ferguson, Jr.**, Judge for the United States District Court, Southern District of Florida, at **299 East Broward Boulevard, Second Floor, Courtroom 207A, Fort Lauderdale, Florida,** during the two-week period commencing , **August 26, 2002, and Calendar Call is scheduled for 3:15 p.m. on Monday, August 19, 2002** .

The Court finds that the interest of justice served by granting a continuance to allow counsel for both parties reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (06/24/02 to 08/19/02) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this ___24th___ day of June 2002.

                                                        _____
                                                        KAREN GARDNER
                                                      DEPUTY CLERK

copies:
Kathleen Rice, AUSA,
David Hodge, Esq.,