**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by _____ D.C.
JUN 24 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. 00-6261-CR-FERGUSON          Date: June 24, 2002

Clerk: Karen Gardner                   Reporter: Carly Horenkamp

USPO: N/A                              Interpreter: N/A

**UNITED STATES OF AMERICA vs.** DAVID DICKINSON (J)

AUSA: Kathleen Rice

Defendant(s) Counsel: David Hodge, Esq.,

Defendant(s)  Present_____ Not Present _X_ In Custody____

Reason for hearing: **CALENDAR CALL**

Result of hearing: Motion to Continue Granted. Two (2) other motions pending on (1) motion to Compel + Protective Order and (2) Appt. a Computer Expert; Government will respond as ordered by the Court.

Case Continued to: 8/19/02   Time: 5:15 P.M. Calendar Call

42