

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA              CASE NO. 00-6261-CR-FERGUSON(s)
      Plaintiff,

vs.

DAVID DICKINSON,

      Defendants.
_____/

## PROTECTIVE ORDER

THIS MATTER coming before the Court on the Defendant's Motion for Discovery of Rule 16(a)(1)(C) Material, and the Court having considered the entirety of the record and files herein, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The government shall provide defendant's counsel with two (2) bit by bit (also known as mirror image) copies of the hard drives from all computers seized or related to the investigation in this case and copies of all diskettes seized in this case, necessarily including any and all child pornography and/or contraband contained thereon.

2. The bit by bit or mirror image copies referenced above; (hereinafter 'copies') shall be maintained by defense counsel and/or an expert appointed to the Defendant in accordance herewith and shall be used by counsel and/or expert solely and exclusively in connection with this case, (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purposes.

3. The data contained on the copies may be accessed and viewed only by defense counsel,

the defense expert and investigator, and the defendant in the presence of counsel for no other purposes.

4. The defendant himself shall not under any circumstances be permitted to retain any graphic image file containing actual or alleged child pornography without petition to and further order of the Court, however, defendant may also, in the presence of counsel and defense expert, access and view non-image data on the copies for the purpose of assisting in the preparation of his defense in the presence of counsel and under the supervision and control of counsel.

5. The computer into which the copies may be inserted for access and operation shall not be connected to a network while the copies are installed or inserted.

6. In no event shall any graphic image file containing child pornography or which may be reasonably construed as constituting child pornography, be copied, duplicated or replicated, in whole or in part, onto any external media including, but not limited to, paper, floppy disk, CD-ROM, DAT tape, zip disk, or other media.

7. The copies shall be maintained by defense counsel and/or defense expert in a secure office under locked conditions when not present in said office.

8. A copy of this Order shall be kept with the copies at all times.

9. Upon termination of this matter the copies shall be returned to the government for destruction.

10. Upon termination of this matter and turning over of the copies to the government, defense counsel shall file a brief report with the Court, with a copy to government counsel, specifying that the terms of this Order have been complied with and reporting the occurrence of the return of the copies to the government.

11. The government shall make one copy of each image it has printed from the computers

hard drives and/or floppy disks seized from the defendant and provide said copies to the defense counsel who shall maintain them subject to the following conditions:

    a. Defense counsel shall keep the copies in a secure office which is accessible to him and/or his investigator;

    b. Defense counsel shall not permit any person to examine the copies except for defense experts and investigators.

    c. No additional copies shall be made.

    d. At the conclusion of the case, defense counsel will return the copies to the government and the government shall destroy them.

DONE AND ORDERED at Southern District of Florida, Miami, Florida, this /s/ ___ day of July 2002.

_____
WILKIE D. FERGUSON JR.
UNITED STATES DISTRICT JUDGE

cc.   Kathleen Rice, AUSA

cc:   David P. Hodge, Esquire