

FILED by _____ D.C.
JUL 31 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Case No. 00-6261-CR-FERGUSON

Vs.

DAVID DICKINSON
        Defendant
_____/

### ORDER TO RESPOND

The Defendant shall file a response on the government's Motion for Reconsideration [D.E. 45] within five (5) days from the date of this order.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 31st day of July 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Kathleen Rice, AUSA
David Hodge, Esq.,

