UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
        Plaintiff,

vs.

DAVID DICKINSON,

    Defendants.
_____/

CASE NO. 00-6261-CR-FERGUSON

FILED by _____ D.C.
INTAKE
AUG 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

## MOTION TO CONTINUE

Defendant David Dickinson, by and through undersigned counsel, respectfully requests this Honorable Court to grant a continuance in this matter and in support thereof says:

1. That the trial of this cause is set for trial period beginning August 26, 2002, with a calendar call on August 19, 2002.

2. The accused is charged with possession of child pornography. That being pictures from two computer hard drives. Currently pending with the court is a ruling on the government's motion to reconsider the granting of the protective order. The protective order granted the defendant discovery from the computers which are essential to the investigation and defense of this case.

3. Also pending is the defense request to appoint Marcus Lawson of Global Compusearch to analyze the data on the computers disks.

LOCAL RULE 88.9 CERTIFICATE

I HEREBY CERTIFY that I have discussed this request with Kathleen Rice, the AUSA prosecuting this case, and she has no objection to this request.

1



THEREFORE, Defendant David Dickinson prays this Honorable Court grant this motion to continue trial date.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 15th day of August, 2002 to: Kathleen Rice, A.U.S.A., 500 East Broward Blvd., Suite 700 Ft. Lauderdale, Florida 33394.

Respectfully submitted,

DAVID P. HODGE
727 Northeast Third Avenue
Suite 100
Fort Lauderdale, Florida 33304

Telephone(954) 462-6145
Fax (954) 462-4393

BY: _____
David P. Hodge
FBN 478008

2