

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff,

vs.                                                        CASE NO. 00-6261-CR-FERGUSON

DAVID DICKINSON,

Defendants.
_____/

Motion is **GRANTED**. Calendar call is reset to Oct. 15, 2002 at 3:15 p.m.
/s/ Ferguson, Jr.
08/16/02

## **MOTION TO CONTINUE**

Defendant David Dickinson, by and through undersigned counsel, respectfully requests this Honorable Court to grant a continuance in this matter and in support thereof says:

1. That the trial of this cause is set for trial period beginning August 26, 2002, with a calendar call on August 19, 2002.

2. The accused is charged with possession of child pornography. That being pictures from two computer hard drives. Currently pending with the court is a ruling on the government's motion to reconsider the granting of the protective order. The protective order granted the defendant discovery from the computers which are essential to the investigation and defense of this case.

3. Also pending is the defense request to appoint Marcus Lawson of Global Compusearch to analyze the data on the computers disks.

LOCAL RULE 88.9 CERTIFICATE

I HEREBY CERTIFY that I have discussed this request with Kathleen Rice, the AUSA prosecuting this case, and she has no objection to this request.

1