

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6261-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

Vs.

DAVID DICKINSON
        Defendant,
_____/

## ORDER GRANTING MOTION FOR RECONSIDERATION

**THIS CAUSE,** is before the Court on the Government's Motion for Reconsideration, filed July 11, 2002 [D.E. 45]. The motion is ***GRANTED***. The witness must examine the evidence in the office of the U.S. Attorney. Further the total amount that will be paid for the services will be $5,000.00. The Court notes particularly that a flat fee of $1,800.00 for the first day of testimony without regard for time on the witness stand is unreasonable.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 20th_____day of August , 2002.

                                            WILKIE D. FERGUSON, JR.
                                            UNITED STATES DISTRICT JUDGE

cc: Kathleen Rice, AUSA
David Hodge, Esq.

