UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff,

CASE NO. 00-6261-CR-FERGUSON(s)

vs.

DAVID DICKINSON,

Defendants.
_____/

## MOTION FOR HEARING TO DISCUSS EXPERT WITNESS

Defendant, David Dickinson, request a hearing where his expert witness can testify telephonically to explain to the court the need for a mirror image duplicate of the computer hard drives that will be used by the government as evidence in this child pornography case. Additionally he will point out that this same request has been granted by other courts.

Initially this court authorized the coping of the hard drives [D.E. 44] and subsequently rescinded the order [D.E.50 ]. This has left the defense in a quandary, we can not investigate and prepare a defense to this case. Moreover we can not test our independent investigative facts against the forensic evidence.

Defendant expert is an expert in examining computer hard drives. His office is in Spokane Washington. This Court has authorized a total of $5,000.00 for his services which will include his analysis of the hard drives, consultation with defense counsel and the investigator, and if needed trial testimony. Under the present order he would have to travel here twice, once to conduct the exam and again to testify. Moreover the present court's order requires the expert to examine the hard drives in the presence of the government as opposed to having a mirror image copy made and sent to his Spokane Washington lab where he could run his diagnostic software on the drives to reveal essential investigative defense information. This examination will take approximately 25

hours of running time. It is impracticable to conduct this exam under the control of the government and this process will prevent the defense from having it's confidential investigation.

Wherefore the Defendant respectfully request this Honorable Court grant a telephonic hearing with the defense expert, Marcus Lawson of Global Compusearch in Spokane Washington. Mr. Lawson would like explain to the Court why this independent exam and mirror image copies are needed as well as informing the Court of other Courts that have granted this motion.

## LOCAL RULE 88.9 CERTIFICATE

I HEREBY CERTIFY that I have attempted to contact Kathleen Rice, the AUSA prosecuting this case, but she was unavailable at the time and continued efforts will be made to discuss and resolve this issue.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26th day of September, 2002 to: Kathleen Rice, A.U.S.A., 500 East Broward Blvd., Suite 700 Ft. Lauderdale, Florida 33301.

Respectfully submitted,

DAVID P. HODGE
727 Northeast Third Avenue
Suite 100
Fort Lauderdale, Florida 33304

Telephone (954) 462-6145
Fax (954) 462-4393

BY: _____
David P. Hodge
FBN 478008