UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. 00-6261-CR-FERGUSON
           Plaintiff,

vs.

DAVID DICKINSON,

           Defendants.
_____/

## MOTION TO CONTINUE

Defendant David Dickinson, by and through undersigned counsel, respectfully requests this Honorable Court to grant a continuance in this matter and in support thereof says:

1.   That the trial of this cause is set for trial period beginning October 21, 2002, with a calendar call on October 15, 2002.

2.   Defendant has a pending request for a telephonic conference with the court and the defense expert witness regarding his examination of the data on the computer hard drive and the allotted funds for the CJA work needed. There are many questions that could best be resolved through this hearing.

3. Undersigned counsel is not ready fro trial and is depending on gathering information from the expert witnesses' examination of the data on the hard drive.

4. Undersigned counsel would like to make an in camera proffer to the Court regarding the need for this examination.

LOCAL RULE 88.9 CERTIFICATE

I HEREBY CERTIFY that I contacted Kathleen Rice, the AUSA prosecuting this case, and

1



she has no objection to this motion to continue.

THEREFORE, Defendant David Dickinson prays this Honorable Court grant this motion to continue trial date.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 7th day of October, 2002 to: Kathleen Rice, A.U.S.A., 500 East Broward Blvd., Suite 700 Ft. Lauderdale, Florida 33301.

Respectfully submitted,

DAVID P. HODGE
727 Northeast Third Avenue
Suite 100
Fort Lauderdale, Florida 33304

Telephone (954) 462-6145
Fax (954) 462-4393

BY: _____
David P. Hodge
FBN 478008