CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
OCT 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. 00-6261-CR-FERGUSON        Date: October 15, 2002

Clerk: Karen Gardner               Reporter: Carleen Horenkamp

USPO: N/A                          Interpreter: N/A

**UNITED STATES OF AMERICA vs. DAVID DICKINSON**

AUSA: Kathleen Rice, AUSA

Defendant(s) Counsel: David Hodge, Esq.,

Defendant(s) Present___ Not Present _X_ In Custody___

Reason for hearing: **CALENDAR CALL**

Result of hearing: Motion to Continue Granted; notice of new date for calendar call to follow.

Case Continued to:_____ Time:_____ P.M. _____

