UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA
        Plaintiff,

vs.

DAVID DICKINSON,

        Defendants.
_____/



## **MOTION TO REDUCE BOND**

Defendant David Dickinson, by and through undersigned counsel, respectfully requests this Honorable Court to grant a bond hearing and in support thereof says:

1. That the defendant was brought into this jurisdiction while serving a State of Florida sentence. Bond was set a $50,000.00 corperate surety.

2. The prison portion of that sentence has expired, the defendant is now on State probation but still in Federal custody and now the defendant would like to have a bond hearing to seek reduction of his bond..

THEREFORE, Defendant David Dickinson prays this Honorable Court grant this motion for bond reduction.

LOCAL RULE 88.9 CERTIFICATE

I HEREBY CERTIFY that I have attempted to contact Kathleen Rice, the AUSA prosecuting this case, however she was unavailable. This matter will be discussed between the parties.

1



NON-COMPLIANCE OF S.D. fla. L.R. 7.1 A4

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of November to AUSA Kathleen Rice, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33394.

Respectfully submitted,

DAVID P. HODGE
727 Northeast Third Avenue
Suite 100
Fort Lauderdale, Florida 33304

Telephone (954) 462-6145
Fax (954) 462-4393

BY: _____
David P. Hodge
FBN 478008