

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Case No. 00-6261-CR-FERGUSON

Vs.

DAVID DICKINSON

Defendant(s).
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE on the above-styled cause that has been set for a **Hearing on Motion to Reduce Bond** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on December 3, 2002 at 9:00 A.M.** Thirty (30) minutes have been set aside for this hearing.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 21st day of November 2002.

KAREN GARDNER
DEPUTY CLERK

copies provided:

Kathleen Rice, AUSA,
David Hodge, Esq.,