UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-CR-FERGUSON(s)

UNITED STATES OF AMERICA
       Plaintiff,

vs.

DAVID DICKINSON,

       Defendants.
_____/



### REQUEST TO FILE MOTION OUT OF TIME

    Defendant David Dickinson moves for permission to file a motion to suppress physical evidence out of time. This motion has not been filed previously because undersigned counsel was waiting to conduct discovery on the computer hard drive in this case to support certain aspects of the motion. Moreover other investigative problems have stymied undersigned counsel from getting useful facts as contained in prior testimony in the Defendant's State court case. That is to say that the Defendant's State court Lawyer has yet to provide undersigned counsel with valuable information contained is their file notwithstanding telling undesigned counsel that he would turn over the material.

    Wherefore the Defendant respectfully request permission to file his motion to suppress out of time.

### 88.9 CERTIFICATION

    I Hereby Certify that I have discussed this motion to file motion out of time with AUSA Kathleen Rice and she does object to this motion.

NON-COMPLIANCE OF S.D. Fla. L.R. 7/1/9 4

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 25nd day of November, 2002 to: Kathleen Rice, A.U.S.A., 500 East Broward Blvd., Suite 700 Ft .Lauderdale, Florida 33301.

Respectfully submitted,

DAVID P. HODGE
727 Northeast Third Avenue
Suite 100
Fort Lauderdale, Florida 33304

Telephone(954) 462-6145
Fax (954) 462-4393

BY: _____
David P. Hodge
FBN 478008