# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DEC 03 2002
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. 00-6261-CR-FERGUSON        Date: December 3, 2002

Clerk: Karen Gardner                 Reporter: Carleen Horenkamp

USPO:      N/A                       Interpreter:      N/A

**UNITED STATES OF AMERICA vs.** DAVID DICKINSON

AUSA: Kathleen Rice

Defendant(s) Counsel: David Hodge, Esq.,

Defendant(s) Present **X**   Not Present____   In Custody **X**

Reason for hearing: **HEARING ON MOTION TO REDUCE BOND.**

Result of hearing: Written ruling on motion will be entered by Court.

Case Continued to:_____ Time:_____ P.M._____