

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
          Plaintiff,

Vs.                       Case No. 00-6261-CR-FERGUSON

DAVID DICKINSON
          Defendant.
_____/

## ORDER MODIFYING CONDITIONS OF BOND

**THIS CAUSE** is before the Court on the defendant's Motion to Reduce Bond. After Consideration of the Motion, along with argument of counsel, it is hereby

**ORDERED** that the corporate surety bond in the amount of $50,000 and other conditions are modified as follows:

1. The corporate surety bond is reduced to $5,000.

2. In addition to the corporate bond a personal surety bond in the amount of $45,000 shall be posted.

Regular conditions of release as imposed by Pretrial Services shall apply along with the following special conditions: (1) The defendant shall return to employment as approved by Pretrial Services; (2) The defendant shall not possess or use a computer with access to on-line computer service at any location unless in connection with employment and with prior approval of Pretrial Services. This includes any Internet service provider, bulletin board system or any other public or private computer network.



**DONE AND ORDERED** at Fort Lauderdale, Florida this 3RD day of ~~November~~ December 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

c:

Kathleen Rice, AUSA
David Hodge, Esq.,