**CRIMINAL MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6261-CR-WDF__     Date: __December 9, 2002__

Clerk: __Karen Gardner__     Reporter: __Carleen Horenkamp__

USPO: __N/A__     Interpreter: __N/A__

**UNITED STATES OF AMERICA vs.** __DAVID DICKINSON__

AUSA: __Kathleen Rice__

Defendant(s) Counsel: __David Hodge, Esq.,__

Defendant(s) Present_____ Not Present __X__ In Custody_____

Reason for hearing: **CALENDAR CALL.**

Result of hearing: __Continued to STATUS hearing.__

Case Continued to: __12/18/02__     Time: __1:30 P.M.__  __STATUS__

