

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

6261

UNITED STATES OF AMERICA               Case No.00-6241-CR-FERGUSON

Vs.

DAVID DICKINSON
    Defendant(s).
_____/

### NOTICE OF HEARING

PLEASE TAKE NOTICE on the above-styled cause that has been set for a **STATUS CONFERENCE** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on December 18, at 1:30 P.M.** Thirty (30) minutes have been set aside for this hearing.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this _____day of December 2002.

                    KAREN GARDNER
                    DEPUTY CLERK

copies provided:

Kathleen Rice, AUSA,
David Hodge, Esq.,