UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEC 18 2002

U.S. DIST. CT.
FLA. FT. LAUD.

**UNITED STATES OF AMERICA**               Case No.00-6261-CR-FERGUSON

Vs.

**DAVID DICKINSON**
    **Defendant(s).**
_____/

### RE-NOTICE OF HEARING

**PLEASE TAKE NOTICE** on the above-styled cause that has been set for a **CHANGE OF PLEA** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on December 23, at 2:30 P.M.** Thirty (30) minutes have been set aside for this hearing.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this _____ day of December 2002.

_____
KAREN GARDNER
DEPUTY CLERK

copies provided:

Kathleen Rice, AUSA,
David Hodge, Esq.,