

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6261-CR-FERGUSON

UNITED STATES OF AMERICA,

Plaintiff,

MINUTES CHANGE OF PLEA

vs.

DAVID DICKINSON

Defendant.
_____/

On December 20, 2002, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with David Hodge, Esq., appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/she** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to **Count(s) Two (2)** of the **Superceding** indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

( )   The Court proceeded to pronounce sentence.

(X)   The Court postponed sentencing until **February 28, 2003 at 9:30 a.m.**

( )   and the defendant was allowed to remain on present bond until then;

( )   and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

( )   and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

AUSA Kathleen Rice
Reporter Carleen Horenkamp
Clerk   Karen Gardner

