SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
FEB 28 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00-6261-CR-FERGUSON

DEFENDANT   DAVID DICKINSON          JUDGE   WILKIE D. FERGUSON JR.,

Deputy Clerk   Karen Gardner          DATE   February 28, 2003

Court Reporter Carly Horenkamp        USPO   Tracey Webb

AUSA   Kathleen Rice                  Deft's Counsel   David Hodge, Esq.,

COUNTS DISMISSED _____

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

Imprisonment   Years   Months   Counts
                       30       II with credit for time served.

Supervised Release _____

Probation   Years   Months   Counts
            3                II

Comments. Report in person to USPO in district where released. No federal state or local crime while on supervised release. Special Conditions: (1) No Contact with under 18 y-o (2) No Employment with children under 18 y-o (3) No involvement in youth organizations (4) Sex offender program (5) No visual depictions of minors or adults in explicit conduct. (6) No access on-line (7) No further debt (8) Full-time employment (9) No self-employment.

Assessment $ 100.00        Fine $ 0

Restitution /Other _____

X  Remanded to the Custody of the U. S. Marshal Service    ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

**Commitment Recommendation**   South Florida Facility