# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

v.

Case Number: 00-6261-CR-FERGUSON

DAVID DICKINSON

Counsel For Defendant: David Hodge, Esq.,
Counsel For The United States: Kathleen Rice
Court Reporter: Carleen Horenkamp

The defendant pleaded guilty to Count **TWO (2)** of the Indictment.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s)

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C § 1462(a) | USE OF THE INTERNET TO TRANSPORT OBSCENE PICTURES | December 16, 1999 | 2 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: July 27, 1972
Deft's U.S. Marshal No.: 56048-004

Defendant's Mailing Address:
Ft. Lauderdale Jail, 1300 W. Broward Blvd.
Ft. Lauderdale, FL 33312

Defendant's Residence Address:
Ft. Lauderdale Jail, 1300 W. Broward Blvd.
Ft. Lauderdale, FL 33312

Date of Imposition of Sentence:
February 28, 2003

WILKIE D. FERGUSON, JR.
United States District Judge
February 28,2003

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk.
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 3/3/03

DEFENDANT: DAVID DICKINSON
CASE NUMBER: 00-6261-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Thirty (30) months as to count 2 of the two-count superseding indictment.**

The Court recommends to the Bureau of Prisons:

- That the defendant be incarcerated in a South Florida facility.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _8-15-2003_ to _Robert E. McFadden_

at _Jesup, Ga_, with a certified copy of this judgment.

~~UNITED STATES MARSHAL~~

By: _____
Deputy U.S. Marshal