PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 71676

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-CR-~~FERGUSON~~ (Hurley)

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

FILED by _____ D.C.

MAY 11 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Name of Offender: David Dickinson

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., U. S. District Court Judge, Fort Lauderdale

Date of Original Sentence: February 28, 2003

Original Offense: Count II: Use of the Internet to Transport Obscene Pictures in violation of Title 18 U.S.C. § 1462(a), a Class D felony

Original Sentence: Thirty (30) months Bureau of Prisons followed by three (3) years supervised release with the following special conditions: (1) The defendant shall not be employed in a job requiring contact with persons under the age of 18; (2) Not be involved in any children's youth organization; (3) Participate in sex offender treatment to include psychological testing if deemed necessary; (4) Not incur any further debt without first obtaining permission from the U. S. Probation Officer; (5) Maintain full-time, legitimate employment and not to be unemployed for a term or more than 30 days unless excused by the U. S. Probation Officer; (6) Obtain prior approval from the U. S. Probation Officer before entering into any self-employment; (7) Not possess or use a computer with access to any on-line computer service at any location (including employment), without the prior approval of the U. S. Probation Officer. This includes any Internet service provider, bulletin board system, or any other public or private computer network; (8) Not buy, sell, exchange, possess, trade or produce visual depictions of minors or adults engaged in sexually explicit conduct. Further, the defendant shall not correspond or communicate in person, by mail, telephone or computer with individuals or companies offering to buy, sell,

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 71676

| NAME OF OFFENDER: DAVID DICKINSON | CASE NO. 00-6261-CR-FERGUSON |
|---|---|

trade, exchange, or produce visual depictions of minors or adults engaged in sexually explicit conduct. He was assessed $100.

Type of Supervision: Supervised Release

Date Supervision Commences: October 22, 2004

## PETITIONING THE COURT

[ ] To extend the term of supervision for __ years, for a total term of __ years.
[X] To modify the conditions of supervision as follows:

**The defendant shall reside at and participate in the Community Corrections Center for a period not to exceed 120 days, or until otherwise released at the direction of the U.S. Probation Officer.**

## CAUSE

Mr. Dickinson is currently incarcerated at the Federal Correctional Institution in Jesup, Georgia. He has a projected release date of October 24, 2004, via Good Conduct Time. However, due to pending misdemeanor charges in Texas, the Bureau of Prisons will not process Mr. Dickinson for the pre-release component of the Community Corrections Center.

They will, however, process Mr. Dickinson for a Public Law placement in the Community Corrections Center as a special condition of his supervised release.

As Mr. Dickinson has no residence and/ or employment in the Southern District of Florida, a Public Law placement in the Community Corrections Center appears to be the only viable means to assist Mr. Dickinson with the establishment of a viable supervision plan.

Mr. Dickinson concurs with the proposed modification of his supervised release, and has in fact signed a Waiver agreeing to the proposed modification. For Your Honor's perusal we have attached a copy of the Presentence Investigation Report, and Judgement and Commitment Order. Should you have any further questions please contact the undersigned.

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 71670

<u>NAME OF OFFENDER: DAVID DICKINSON</u>       <u>CASE NO. 00-6261-CR-FERGUSON</u>

by
Respectfully submitted,

Steven G. Aasterud  
U.S. Probation Officer  
Phone: (954) 769-5507  
Date: April 2, 2004

SGA/dee

Reviewed and Approved by: _____  
Carolyn M. Gamble, Supervising  
U. S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action  
[ ]   The Extension of Supervision as Noted Above  
[X]   The Modification of Conditions as Noted Above  
[ ]   Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

May 11, 2004  
Date

PROB 49  
(3/89)

SD/FL PACTS #71676

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside at and participate in the Community Corrections Center for a period not to exceed 120 days, or until otherwise released at the direction of the U. S. Probation Officer.**

Witness: _____  Signed: _____
U.S. Probation Officer                     Probationer or Supervised Releasee
Steven G. Aasterud                         David Dickinson

April 2, 2004
Date