PROB 19a                                                                                   SD/FL PACTS No. 71676

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6261-CR-HURLEY</u>



FILED by _____ D.C.

MAY 11 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

U.S.A. vs David Dickinson

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |||||
| NAME OF SUPERVISED RELEASEE<br>David Dickinson || SEX<br>M | RACE<br>W | AGE<br>34 |
| ADDRESS (STREET,CITY,STATE)<br>3915 N.W. 94th Way, Sunrise, FL 33351 |||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court Southern District of Florida ||| DATE IMPOSED<br>February 28, 2003 ||
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court, Fort Lauderdale, Florida |||||
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK<br>[signature] ||| DATE<br>MAY 11 2006 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. | DATE RECEIVED || DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
| | ||||
| NAME | (BY) || DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern</u> District of <u>Florida</u>;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

# Supervision Bond Recommendation Form

**NAME:** DICKINSON, DAVID  **DOCKET:** 00-06261-CR-DTKH  **PACTS:** 71676

**DATE:** 4/28/2006  **USPO:** AASTERUD, STEVEN

☒ TSR ☐ Probation ☐ Parole*

☐ Summons ☒ Warrant

\* **NO BOND** pursuant to 18 USC §4213. Appearance only for appointment of counsel. Refer all further proceedings to the US Parole Commission.



☐ **DETENTION RECOMMENDED/NO BOND**

   ☐ Risk of Flight (Document justification/Short narrative)
   (Pursuant to 18 USC § 3142(e))

   ☐ Danger to community (Document justification/Short narrative)
   (Pursuant to 18 USC § 3142(e))

   ☐ Absconder (Since when)

☒ **Recommended Personal Surety**  (Amount) $50,000
☐ **Recommended Corporate Surety**  (Amount) $0
☐ **Percentage Bond**  (Amount) $0

Date Warrant Issued:

Date of Arrest on this Warrant:

Date of Last Face-to-Face Contact with Offender:  4/27/2006

Original Defense Attorney:  David Hodge
  ☐ Federal Public Defender
  ☐ CJA-22
  ☒ Retained

**Criminal Record Check** (Must be completed on the date the defendant is taken into custody. Provide specifics of any new arrests, i.e., dispositions, if available)

██████████████████████████████████████

**Last Known Address**
Address:
3915 NW 94 WAY
SUNRISEFT LAUDERDALE, FL 33351

**Family Supports**
Resides with wife in Sunrise, Florida.

**Last Known Employment**
**GOLDS GYM**
8100 WEST OAKLAND PARK BLVD
LAUDERHILL, FL 33334
(___) ___-____


**Other Pertinent Information regarding risk of flight and/or danger to the community:** (May include special judicial instructions)



_____   4/28/2006
AASTERUD,STEVEN                                Date
Officer Covering Court


**Outcome/Disposition Court**

**CONFIDENTIAL
DO NOT FILE DO NOT
SCAN
RETURN TO PROBATION**

# Personal History of Absconder

SD/FL PACTS#: 71676

| | |
|---|---|
| **TO:** | U.S. MARSHALS, Warrant Supervisor |
| **FROM:** | AASTERUD, STEVEN G.<br>299 EAST BROWARD BLVD, SUITE 409<br>FT. LAUDERDALE, FL 33301-1865<br>(954) 769-5507 |
| **RE:** | DICKINSON, DAVID DENNIS |

**SEX:** M    **RACE:** WHITE
**DOB:** 7/27/1972    **POB:** GRAYLING, MI
**HEIGHT:** 5    **WEIGHT:** 157
**EYES:** HAZEL    **HAIR:** LIGHT BROWN

**Aliases:** SCOTT ALLAN, SCOTT ALLEN, DAVID DENNIE DICKINSON, DAVID DENNIS DICKERSON, DAVID DENNIS DICKINSON, DAVID R. DICKINSON, DAVID DIXON, ALLAN SCOTT

**Complexion** (Scars, Tattoos, Deformities, other ID marks):

**FBI:** 295831RA6    **SSN:** 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
**MRSH:** 56048-004    **INS:**
**FDLE:**
**Type of supervision:** TSR

**In custody now:** NO
**Drug use:** NO
**Mental Health:** NO    **Medications:**
**Last face-to-face contact (date):**
**Does subject know warrant has been issued?:** NO

---

## CURRENT ADDRESS
3915 NW 94 WAY, SUNRISEFT LAUDERDALE, FL 33351
**Address history**

## CURRENT PHONES
(754) 234-7862 (C)
**Phone history**

## CURRENT EMPLOYMENTS

## CURRENT VEHICLES

---

**Current offense:** SEX

**Nature, place and date of last known arrest and next court appearance:**

**Violent history:**

**Known co-defendants and associates and areas subject may frequent(names, aliases, addresses):**

**Known family and relatives(name, relation, address, phone no.):**