PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 71676



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6261-CR-HURLEY</u>

## PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

Name of Offender: David Dickinson

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., U.S. District Court Judge, Fort Lauderdale, Florida

Name of Reassigned Judicial Officer: The Honorable Daniel T.K. Hurley, U.S. District Court Judge, West Palm Beach, Florida

Date of Original Sentence: February 28, 2003

| | |
|---|---|
| Original Offense: | Count II: Use of the Internet to Transport Obscene Pictures in violation of Title 18 U.S.C. § 1462(a), a Class D felony. |
| Original Sentence: | Thirty (30) months Bureau of Prisons followed by three (3) years supervised release with the following special conditions: 1) Not be employed in a job requiring contact with persons under the age of 18; 2) Not be involved in any children's youth organization; 3) Participate in sex offender treatment to include psychological testing if deemed necessary; 4) Not incur any further debt without first obtaining permission from the U.S. Probation Officer; 5) Maintain full-time legitimate employment and not to be unemployed for a term of more than 30 days unless excused by the U.S. Probation Officer; 6) Obtain prior approval from the U.S. Probation Officer before entering into any self-employment; 7) Not possess or use a computer with access to any on-line computer service at any location (including employment), without the prior approval of the U.S. Probation Officer. This includes any Internet Service provider, bulletin board system, or any other public or private computer network; 8) Not buy, sell, exchange, possess, trade or produce visual depictions of minors or adults engaged in sexually explicit conduct. Further, the defendant shall not correspond or communicate in person, by mail, telephone or computer with individuals or companies offering to buy, sell, trade, exchange, or produce visual depictions of minors or adults engaged in sexually explicit conduct. He was assessed $100. |

Type of Supervision: Supervised Release     Date Supervision Commenced: October 22, 2004

Assistant U.S. Attorney:      Defense Attorney:
Kathleen Rice                 David P. Hodge

PROB 12C  
(SD/FL 3/05)                                                                                    SD/FL PACTS No. 71676

**NAME OF OFFENDER: DAVID DICKINSON**                                    **CASE NO. 00-6261-CR-HURLEY**

# PETITIONING THE COURT

[X]   To issue a warrant  
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about April 7, 2005, in Broward County, Florida, the defendant was arrested by the Sunrise Police Department and charged with Theft to Deprive. On or about July 7, 2005, the defendant pled Nolo Contendere pursuant to Docket Number 05-012121MM10A in Broward County Court and was sentenced to court fees of $226. |
| 2. | **Violation fo Standard Condition,** by failing to notify the probation officer within seventy two hours of being arrested or questioned by a law enforcement officer. On or about April 7, 2005, the defendant was arrested by the Sunrise Police Department in Broward County, Florida, and he failed to advise the U.S. Probation Office within seventy two hours as required. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be  
[X]   revoked.  
[ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 26, 2006___

Steven G. Aasterud  
U.S. Probation Officer  
Phone: (954) 769-5507

PROB 12C  
(SD/FL 3/05

SD/FL PACTS No. 71676

**NAME OF OFFENDER: DAVID DICKINSON**      **CASE NO. 00-6261-CR-HURLEY**

SGA/dee

Reviewed and Approved by: _____  
Carolyn M. Gamble, Supervising  
U.S. Probation Officer

THE COURT ORDERS:

[ ]  No Action  
[X]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

_____  
Signature of Judicial Officer

May 9, 2006  
Date