# COURT MINUTES

UNITED STATES MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 05/25/2006   TIME: 10:00 AM

DEFT. DAVID DICKINSON ✓ (J)   CASE NO. 00-6261-Cr-Hurley/Vitunac(s)

PRISONER# _____   LANGUAGE ENGLISH

AUSA. KAREN ATKINSON ✓   ATTY. FPD - Lori Barrist ✓

AGENT. STEVEN AASTERUD-PROBATION   VIOL. VIOL. OF SUPERVISED RELEASE

PROCEEDING INITIAL HEARING ON VIOL. OF SUPERVISED RELEASE   BOND. NO BOND RECOMMENDED

DISPOSITION: Initial & Bond held

Deft present - sworn/test.

Violations read to deft & advised of his rights

Gov't now recommends $50,000 PSB instead of detention

Court appoints FPD

Court sets bond @ PSB unsecured (no dollar amount)

Conditions: abide by all conditions previously set by Judge Ferguson & Judge Hurley & remains in full force & effect. Deft admits to all violations

PSI to follow

Sentencing to be set before Judge Hurley

DATE: 5-25-06   TAPE: AV 06-30-554