UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6261-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA

    Plaintiff

vs.

DAVID DICKINSON

    Defendant.
_____/



FILED by ___ D.C.
MAY 2 6 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. PIERCE

### ORDER AND REPORT AND RECOMMENDATION

The Defendant, DAVID DICKINSON, appeared before the Court this day, represented by Lori Barrist. The Defendant is charged with violating supervised release by: (1) failing to refrain from violating the law as evidenced by his arrest on April 7, 2005 for the offense of theft; and (2) failing to notify the probation officer within seventy two hours of being arrested or questioned by a law enforcement officer.

The Defendant waives his right to have a final hearing and admits violating his supervised release. The Defendant wishes to proceed to sentencing.

This Court recommends that the District Court accept the Defendant's admission and find the Defendant guilty of violating supervised release. This Court recommends that the matter be set down for sentencing before the District Court.

The Clerk is ORDERED to set this matter before the sentencing calendar of United States District Judge Daniel T. K. Hurley.

Additionally, IT IS HEREBY ORDERED that the Defendant be committed to the



custody of the Attorney General for confinement in a corrections facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

This Court also directs that the Defendant be afforded reasonable opportunity for private consultation with counsel; and the Court directs that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Daniel T. K. Hurley, within ten (10) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir.1982) cert. denied, 460 U.S. 1087 (1983).

DONE and ORDERED and DONE and SUBMITTED in Chambers at Fort Pierce in the Southern District of Florida, this 26 day of May, 2006.

_____
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Karen Atkinson
Lori Barrist, Esq.
U.S. Marshal
U.S. Probation, Steven Aasterud
Clerk of Court