rlb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-CR-HURLEY\VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID DICKINSON,

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

_/s/ Lori Barrist_
Lori Barrist
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 374504
400 Australian Ave., Suite 300
West Palm Beach, Florida 33401
Telephone: (561) 833-6288\Fax:(561) 833-0368
E-Mail: lori_barrist@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 26th day of May, 2006, to the Assistant United States Attorney Karen Atkinson, 500 Australian Avenue, Suite 400, West Palm Beach, Florida 33401.

_____
Lori Barrist