UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DAVID DICKINSON,
    Defendant.
_____/



## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Wednesday, July 12, 2006**, at **10:30 a.m.** tentatively, in Courtroom 2D, at the Palm Beach County Courthouse, 205 N. Dixie Hwy, West Palm Beach, Florida. This location may change, so counsel representing the parties shall contact the courtroom deputy, 561/803-3450, at least 48 hours prior to the hearing, to verify the location.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___6th___ day of June, 2006.

**copy furnished:**
AUSA Karen L. Atkinson
AFPD Lori E. Barrist
United States Marshal's Service
United States Probation Office

                             Daniel T. K. Hurley
                             United States District Judge