# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

==================================

Case No. __00-6261-CR-Hurley__   Date: __7-12-06__
(Start Time: __10:35__)   (End Time: __11:25__)

Courtroom Deputy: ~~James E. Caldwell~~ I. Rivera   Court reporter: Pauline Stipes

Language Spoken: __English__   Defendant's Status: (Pretrial Detained / **Bond**)

UNITED STATES OF AMERICA v. __David Dickinson__

AUSA: __Don Chase__   DEFENSE COUNSEL: __Lori Barrist__

TYPE OF HEARING: __Sentencing on viol. of S.R.__

RESULTS OF HEARING: __Ct reinstates term of S.R. with same conditions and added condition of 90 days home detention__

Misc.: ____

83