UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID DICKINSON,

Defendant.

_____/

"No Further Action Required by United States Marshal"



FILED by _____ D.C.

JUL 12 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## JUDGMENT & COMMITMENT UPON A VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at sentencing for violations of supervised release on July 12, 2006.  The Court finds the defendant has violated the terms of his supervised release as set forth in the petition for violation and the defendant admits same.

**IT IS HEREBY ORDERED and ADJUDGED** that the defendant's term of supervised release imposed by the Court is **reinstated** with all special conditions previously imposed and with the following additional condition:  The defendant shall participate in the Home Detention Electronic Program for a period of **90 days**. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance, and provide the U.S. Probation Officer with requested documentation. The defendant shall maintain a telephone at his place of residence without 'call forwarding,' 'call waiting,' a modem, 'caller ID,' or 'call back/call block' services for the above period. The