UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE #  00-6261-Hurley

VS.                               REPORT COMMENCING CRIMINAL ACTION

David Dickinson — PRISONER # 56048-004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI    FT. LAUDERDALE    (WEST PALM BEACH)    FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST: 2/16/07  1000

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE(S) CHARGED: _____

4) U.S. CITIZEN [✓] YES   [ ] NO   [ ] UNKNOWN

5) DATE OF BIRTH: 7/27/72

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT        [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [✓] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # _____

   ORIGINATING DISTRICT: SD/FL

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [✓] NO

7) AMOUNT OF BOND: $50,000 PSB   WHO SET BOND  Judge Hopkins

8) ARRESTING AGENT: DUSM P. Jimenez   DATE: 2/16/07

9) AGENCY: USMS                    PHONE: 561-655-1822