# COURT MINUTES

U.S. MAGISTRATE JUDGE **JAMES M. HOPKINS**    DATE: 2/16/07    TIME: 10:00 AM

**DEFT.** DAVID DICKINSON (SUMM)    **CASE NO.** 00-6261-CR-HURLEY

**LANGUAGE:** ENGLISH    **PRISONER NO:** 56048-004

**AUSA.** WILLIAM ZLOCH for KATHLEEN RICE    **ATTY.**

**AGENT.** PATRICIA BRINSON    **VIOL.** SUPERVISED RELEASE VIOLATION

**PROCEEDING** INITIAL HEARING    **BOND.** NO BOND (GOV REQ)

**FUTURE DATES**

**DISPOSITION** Deft sworn & advised of allegations; Deft notifies the Court that he needs additional time to retain counsel, but wishes to proceed pro se as to the matter of a bond hearing; Court advises the deft on the matter;

BOND hearing held; govt proffer; USPO Patricia Brinson sworn & testified; deft proffer; $50,000 PSB entered; conditions: report to USPO as directed; no contact with witnesses, except through counsel; maintain full-time employment; if new information arises, the govt may proceed in the form of a written motion

REPORT RE COUNSEL: 2/22/07 @ 10:00 AM

STATUS: FINAL REVOCATION HEARING: 2/22/07 @ 10:00 AM

**DATE:** 2/16/07    **TAPE:** JMH-07-10-371

Time in Court:    1    hr.        min.