# COURT MINUTES

U.S. MAGISTRATE JUDGE **JAMES M. HOPKINS**   DATE: 2/22/07   TIME: 10:00 AM

**DEFT.** DAVID DICKINSON (B)           **CASE NO.** 00-6261-CR-HURLEY

**LANGUAGE:** EGNLISH                   **PRISONER NO:** 56048-004

**AUSA.** LAUREN JORGENSON for KATHLEEN RICE           **ATTY.**

**AGENT.** PATRICIA BRINSON             **VIOL.** SUPERVISED RELEASE VIOLATION

**PROCEEDING** REPORT RE COUNSEL/STATUS FINAL PROB CAUSE   **BOND.** $50,000 PSB (JMH)

**FUTURE DATES**

**DISPOSITION**  Deft present without counsel; Deft sworn & found to be indigent - CJA counsel to be appointed

FINAL PROBABLE CAUSE HEARING SET:  3/2/07 @ 10:00 AM

**DATE:** 2/22/07           **TAPE:** JMH-07-12-2911

Time in Court:      hr.  3  min.