# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 3/2/07   TIME: 10:00AM

DEFT. DAVID DICKINSON (B)   CASE NO. 00-6261-CR-HURLEY

LANGUAGE: ENGLISH   PRISONER NO.:

AUSA. KATHLEEN RICE   ATTY. ALVIN ENTIN - CJA

AGENT. PATRICIA BRINSON - USPO   VIOL. SUPERVISED RELEASE VIOL.

PROCEEDING Prelim ~~FINAL~~ PROBABLE CAUSE   BOND. $50,000 PSB (JMH)

FUTURE DATES:

DISPOSITION: Preliminary Probable Cause hearing held. Patricia Brinson sworn; Court finds Probable Cause as to ~~deft in~~ violation of Supervised Release. Final Probable Cause set 4/6/07 @ 10am before Duty Magistrate Judge.

DATE: 3/2/07   TIME:   TAPE: LRJ-07 - 14-2491/15-1