```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 00-6261-CR-HURLEY
```

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DAVID DICKINSON,

      Defendant.

_____

    This cause came before the Court and pursuant to proceedings held, it is thereupon

    **ORDERED AND ADJUDGED** as follows:

    Preliminary Probable Cause hearing held. Court finds Probable Cause as to all violations of Supervised Release.

    Final Probable Cause hearing set April 6, 2007 at 10:00 A.M., before the Duty Magistrate Judge.

    **DONE AND ORDERED** at West Palm Beach, Florida this  2nd  day of   March  , 20 07 .

TAPE NO:LRJ-07-14-1918

                                      _/s/ Linnea Johnson_
                                      UNITED STATES MAGISTRATE JUDGE
                                      LINNEA R. JOHNSON

c: AUSA
   Defense Counsel
   Probation
   U.S. Marshal