UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6261-CR-FERGUSON/Magistrate Judge Linnea Johnson

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

DAVID DICKINSON,

   Defendant.
_____/

## MOTION FOR ISSUANCE OF WITNESS SUBPOENAS

Comes now the Defendant, DAVID DICKINSON, by and through undersigned appointed counsel, and, pursuant to Rule 17(b) Federal Rules of Criminal Procedure moves this Court for issuance of an Order authorizing the issuance of witnesses subpoenas for the attendance of the following persons at the Final Probable Cause hearing in this cause:

   a.   Ann Rowland
        United States Probation Officer
        299 East Broward Boulevard
        Room 409
        Fort Lauderdale, Florida 33301

   b.   Adrien Stuart
        Probation Officer
        4200 Northwest 16th Street
        Lauderhill, Florida 33313

In Support of this Motion, the Defendant states as follows:

   1.   A Final Probable Cause hearing in this matter is currently scheduled for Friday, April 6, 2007 at 10:00 a.m.

2. The Defendant is financially unable to pay the costs and fees of the witnesses, his financial condition at the present time being the same or worse as it was when this Court found him eligible for appointed counsel.

3. The presence of the witnesses is necessary to an effective and adequate defense:

Ann Rowland, United States Probation Officer, will testify that in November the Defendant gave her his contact information for purposes of securing employment.

Adrien Stuart, State Probation Officer, will testify that he was notified upon service of the restraining order.

4. Counsel suggests that should this Court have any question regarding the absolute need for the appearance of these witnesses, this Court should set this matter for an ex parte, in camera hearing to enable counsel to further expound upon the matter.

WHEREFORE, based upon the above and foregoing, the undersigned respectfully requests that this Court grant the issuance of witness subpoenas and grant any and all relief that this Court deems just and proper.

Dated: March 23, 2007

    /S/ Alvin E. Entin
ALVIN E. ENTIN, ESQUIRE
Attorney for Defendant
110 SE 6TH Street, Suite 1970
Fort Lauderdale, Florida 33301
(954)761-7201
FBN: 127027

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6261-CR-FERGUSON/Magistrate Judge Linnea Johnson

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

DAVID DICKINSON,

   Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION
FOR ISSUANCE OF WITNESS SUBPOENAS**

THIS CAUSE having come before this Court upon the Defendant's Motion for issuance of Witness Subpoenas Pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure and the Court having considered this matter and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the said Motion is **GRANTED**.  The U.S. Marshal is hereby Ordered to issue subpoenas to the following persons requiring their attendance at the Final Probable Cause hearing in this cause presently scheduled for Friday, April 6, 2007 at 10:00 a.m., the testimony of the witnesses being crucial to the defense:

   a.   Ann Rowland
        United States Probation Officer
        299 East Broward Boulevard
        Room 409
        Fort Lauderdale, Florida 33301

  b.  Adrien Stuart
     Probation Officer
     4200 Northwest 16th Street
     Lauderhill, Florida 33313

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of _____, 2007.

              _____
              UNITED STATES DISTRICT JUDGE