UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6261-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

DAVID DICKINSON
    Defendant (s)
_____/

## ORDER GRANTING DEFENDANT'S MOTION
## FOR ISSUANCE OF WITNESS SUBPOENAS

THIS CAUSE having come before this Court upon the Defendant's Motion for issuance of witness subpoenas pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure and the Court having considered this matter and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the said motion is **GRANTED**. The U.S. Marshal is hereby **ORDERED** to issue subpoenas to the following persons requiring their attendance at the Final Probable Cause hearing in this cause presently scheduled for Friday, April 6, 2007 at 10:00 a.m., the testimony of the witnesses being crucial to the defense:

    A.    Ann Rowland
           United States Probation Officer
           299 E. Broward Blvd., Room 409
           Fort Lauderdale, FL 33301

    B.    Adrien Stuart
           Probation Officer
           4200 Northwest 16th Street
           Lauderhill, Florida 33313

**DONE AND ORDERED** at W. Palm Beach, Florida, this 23 day of March, 2007.

*James M. Hopkins*
**JAMES M. HOPKINS**
**U. S. MAGISTRATE JUDGE**

**c:** Alvin Entin