UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6261-CR-FERGUSON/Magistrate Judge Linnea Johnson

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

DAVID DICKINSON,

   Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION
## FOR ISSUANCE OF WITNESS SUBPOENAS

THIS CAUSE having come before this Court upon the Defendant's Motion for issuance of Witness Subpoenas Pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure and the Court having considered this matter and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the said Motion is **GRANTED**. The U.S. Marshal is hereby Ordered to issue subpoenas to the following persons requiring their attendance at the Final Probable Cause hearing in this cause presently scheduled for Friday, April 6, 2007 at 10:00 a.m., the testimony of the witnesses being crucial to the defense:

   a.   Ann Rowland
        United States Probation Officer
        299 East Broward Boulevard
        Room 409
        Fort Lauderdale, Florida 33301

    b.    Adrien Stuart
          Probation Officer
          4200 Northwest 16th Street
          Lauderhill, Florida 33313

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _23_ day of _March_, 2007.

UNITED STATES DISTRICT JUDGE

4