**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>00-6261-CR-HURLEY/JOHNSON</u>**

UNITED STATES OF AMERICA

v.

DAVID DICKINSON,

        Defendant.        /

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by its United States Attorney, shows to the Court:

1. A <u>MATTER</u> is pending in this Court against <u>DAVID DICKINSON</u> in the above styled case, and it is set for <u>FINAL PROBABLE CAUSE HEARING REGARDING SUPERVISED RELEASE VIOLATION</u> at <u>WEST PALM BEACH, FLORIDA</u> on <u>APRIL 20, 2007</u> at <u>10:00 A.M.</u>

2. The defendant is now confined in the <u>BROWARD COUNTY SHERIFF'S OFFICE NORTH JAIL</u> at <u>POMPANO BEACH, FLORIDA</u> .

3. It is necessary to have said defendant before this Court for <u>FINAL PROBABLE CAUSE HEARING REGARDING SUPERVISED RELEASE VIOLATION</u> as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid

penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for <u>FINAL PROBABLE CAUSE HEARING REGARDING SUPERVISED RELEASE VIOLATION</u>; and also directing the said Warden of the aforesaid penal institution to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: */s/Donald F. Chase, II*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

cc: U.S. Attorney (AUSA CHASE)