UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6261-CR-HURLEY/Magistrate Judge Linnea Johnson

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

DAVID DICKINSON,

  Defendant.
_____/

**MOTION TO REVALIDATE SUBPOENAS**

Comes now the Defendant, DAVID DICKINSON, by and through undersigned appointed counsel, and moves this Court for issuance of an Order revalidating witness subpoenas for the attendance of the following persons at the Final Probable Cause hearing in this cause:

    a.    Ann Rowland
           United States Probation Officer
           299 East Broward Boulevard
           Room 409
           Fort Lauderdale, Florida 33301

    b.    Adrien Stuart
           Probation Officer
           4200 Northwest 16th Street
           Lauderhill, Florida 33313

In Support of this Motion, the Defendant states as follows:

    1.    A Final Probable Cause hearing in this matter is currently scheduled for Friday, April 20, 2007 at 10:00 a.m.

2. This Honorable Court granted the issuance of witness subpoenas for the Final Probable Cause hearing scheduled for April 6, 2007.

3. That hearing needed to be canceled due to the incarceration of the Defendant who is now being held at the Broward County Sheriff's Office North Jail in Pompano Beach.

4. As a result of the resetting of the final probable cause hearing, the Defendant requests an Order allowing for the reissuance of the witness subpoenas for the new date and time.

WHEREFORE, based upon the above and foregoing, the undersigned respectfully requests that this Court grant the relief sought herein and grant any and all other relief that this Court deems just and proper.

Dated: April 12, 2007

    /S/ Alvin E. Entin
ALVIN E. ENTIN, ESQUIRE
Attorney for Defendant
110 SE 6TH Street, Suite 1970
Fort Lauderdale, Florida 33301
(954)761-7201
FBN: 127027

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6261-CR-HURLEY/Magistrate Judge Linnea Johnson

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

DAVID DICKINSON,

  Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION
TO REVALIDATE WITNESS SUBPOENAS**

THIS CAUSE having come before this Court upon the Defendant's Motion TO Revalidate Witness Subpoenas and the Court having considered this matter and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the said Motion is **GRANTED**. The U.S. Marshal is hereby Ordered to issue subpoenas to the following persons requiring their attendance at the Final Probable Cause hearing in this cause presently scheduled for Friday, April 20, 2007 at 10:00 a.m., the testimony of the witnesses being crucial to the defense:

    a.    Ann Rowland
           United States Probation Officer
           299 East Broward Boulevard
           Room 409
           Fort Lauderdale, Florida 33301

    b.    Adrien Stuart
           Probation Officer

    4200 Northwest 16th Street
    Lauderhill, Florida 33313

  DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of _____, 2007.

            _____
            UNITED STATES DISTRICT JUDGE