UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-CR-HURLEY/JOHNSON
Inmate: DAVID DICKINSON
BROWARD COUNTY SHERIFF'S OFFICE NORTH JAIL
2121 NW 16th Street
Pompano Beach, FL 33069
ARREST# 700700597

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID DICKINSON,

    Defendant.
_____/

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: ANY UNITED STATES MARSHAL and WARDEN, BROWARD COUNTY SHERIFF'S OFFICE, NORTH JAIL, POMPANO BEACH, FL 33069

It appearing from the petition of the United States of America that the defendant in the above case, DAVID DICKINSON is confined in the BROWARD COUNTY SHERIFF'S OFFICE NORTH JAIL at POMPANO BEACH, FLORIDA, and this case is set for FINAL PROBABLE CAUSE HEARING REGARDING SUPERVISED RELEASE VIOLATION for said defendant at WEST PALM BEACH, UNITED STATES DISTRICT COURTHOUSE, on APRIL 20, 2007, and that it is necessary for said defendant to be before this Court for said proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you

have the body of the said <u>DAVID DICKINSON</u> now detained in custody as aforesaid, under safe and secure conduct, before this Court at <u>WEST PALM BEACH, UNITED STATES DISTRICT COURTHOUSE</u> by or before <u>10:00</u>, <u>A.M.</u>, on <u>APRIL 20, 2007</u> for <u>FINAL PROBABLE CAUSE HEARING REGARDING SUPERVISED RELEASE VIOLATION</u>, and upon completion of said proceeding that you return subject with all convenient speed, under safe and secure conduct, to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of <u>BROWARD COUNTY SHERIFF'S OFFICE NORTH JAIL</u> at <u>POMPANO BEACH, FLORIDA</u> to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of said defendant for safe and secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED at <u>WEST PALM BEACH</u>, Florida, this <u>12</u> day of April 2007.

                                                LINNEA R. JOHNSON
                                                UNITED STATES MAGISTRATE JUDGE

cc:   U.S. Attorney (DONALD F. CHASE, II, AUSA)
       U.S. Marshals (4 certified copies)
       Chief Probation Officer
       Defense Counsel