UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6261-CR-HURLEY/Magistrate Judge Linnea Johnson

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

DAVID DICKINSON,

   Defendant.

_____/

### ORDER GRANTING DEFENDANT'S MOTION
### TO REVALIDATE WITNESS SUBPOENAS

THIS CAUSE having come before this Court upon the Defendant's Motion TO Revalidate Witness Subpoenas and the Court having considered this matter and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the said Motion is **GRANTED**. The U.S. Marshal is hereby Ordered to issue subpoenas to the following persons requiring their attendance at the Final Probable Cause hearing in this cause presently scheduled for Friday, April 20, 2007 at 10:00 a.m., the testimony of the witnesses being crucial to the defense:

   a.   Ann Rowland
         United States Probation Officer
         299 East Broward Boulevard
         Room 409
         Fort Lauderdale, Florida 33301

   b.   Adrien Stuart
         Probation Officer

4200 Northwest 16th Street
Lauderhill, Florida 33313

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 16th day of April, 2007.

Daniel T. K. Hurley
UNITED STATES DISTRICT JUDGE