UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6261-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID DICKINSON,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE

COMES NOW the Defendant, DAVID DICKINSON, by and through his undersigned counsel and hereby files this Motion to Continue the Final Revocation Hearing and states unto the Court as follows:

1. A final hearing on the Defendant's supervised release violation is set for Friday, April 20, 2007.

2. Defendant is held no bond in Broward County based upon a State violation of probation arising from the same allegations as set forth in this case as well as a new substantive matter regarding a domestic violence allegation.

3. Defendant has state court appearances scheduled April 27, 2007 and May 11, 2007 on these matters.

4. As a result, counsel for Defendant and the Government believe that it would serve the interests of justice to continue this matter until the State matter is finalized.

5. Additionally, counsel for the Government advised the undersigned that Defendant's federal probation officer has amended the supervised release violation petition to reflect the new

State domestic violence allegations.

      6.  As of this filing, neither the Government nor the defense has seen the amended petition.

      7.  As a result, a continuance would be necessary so that Defendant can investigate and prepare a defense to the new allegations.

      8.  Undersigned counsel has spoken with AUSA Don Chase who advises that he does not oppose this motion and joins in it.

      WHEREFORE Defendant prays that ths Honorable Court grant the relief requested herein and any other relief the Court deems just and proper.

      ENTIN & DELLA FERA, P.A.  
      AutoNation Tower, Suite 1970  
      110 Southeast Sixth Street  
      Fort Lauderdale, FL 33301  
      Telephone:  (954) 761-7201  
      Facsimile:  (954) 764-2443

      By:    /S/ Alvin E. Entin  
           ALVIN E. ENTIN  
           Fla. Bar No. 127027

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on April 18, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel fo record or pro se parties identified on the attached Service List in the manner specified, either transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                                           s/ Alvin E. Entin