UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-Cr-HURLEY/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID DICKINSON,

    Defendant.
_____/

### ORDER RESETTING FINAL PROBABLE CAUSE HEARING

THIS CAUSE came before the Court pursuant to Defendant's Unopposed Motion to Continue (DE #106), filed April 18, 2007. The Honorable Daniel T. K. Hurley having entered an Order granting Defendant's motion, it is thereupon

ORDERED AND ADJUDGED that the Final Probable Cause hearing is reset to Wednesday, May 16, 2007 at 10:00 A.M., before the Duty Magistrate Judge.

DONE AND ORDERED at West Palm Beach, Florida, this 19th day of April, 2007.

                                              /s/ Linnea Johnson
                                              LINNEA R. JOHNSON
                                              UNITED STATES MAGISTRATE JUDGE

Copies provided to:

Honorable Daniel T. K. Hurley
All counsel of record
U. S. Probation