UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6261-CR-HURLEY/Magistrate Judge Linnea Johnson

UNITED STATES OF AMERICA,
   Plaintiff,

vs.

DAVID DICKINSON,
   Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION
TO REVALIDATE WITNESS SUBPOENAS**

THIS CAUSE having come before this Court upon the Defendant's Motion TO

Revalidate Witness Subpoenas and the Court having considered this matter and being otherwise

duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the said Motion is **GRANTED**. The U.S. Marshal

is hereby Ordered to issue subpoenas to the following persons requiring their attendance at the

Final Probable Cause hearing in this cause presently scheduled for Wednesday, May 16, 2007

at 10:00 a.m., the testimony of the witnesses being crucial to the defense:

    a.    Ann Roman
            United States Probation Officer
            299 East Broward Boulevard
            Room 409
            Fort Lauderdale, Florida 33301

    b.    Adrien Stuart
            Probation Officer
            4200 Northwest 16th Street
            Lauderhill, Florida 33313

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 20 day of

April , 2007.

UNITED STATES DISTRICT JUDGE