# COURT MINUTES

U.S. MAGISTRATE JUDGE **JAMES M. HOPKINS**   DATE: 5/16/07   TIME: 10:00 AM

**DEFT.** DAVID DICKINSON (WRIT)   **CASE NO.** 00-6261-CR-HURLEY/AEV

**LANGUAGE:** ENGLISH   **PRISONER NO:** 56048-004

**AUSA.** DONALD CHASE   **ATTY.** ALVIN ENTIN

**AGENT.** PATRICIA BRINSON- USPO   **VIOL.** SUPERVISED RELEASE VIOLATION

**PROCEEDING** FINAL PROB. CAUSE   **BOND.** $50,000 PSB (JMH)

**FUTURE DATES**

**DISPOSITION** DEFT ADMITS TO THE VIOLATIONS

INITIAL ON 3RD SUPERSEDING PETITION & FINAL PROBABLE CAUSE RESET FOR 5/23/07

DEFT REQUESTS TO BE RELEASED ON BOND PENDING SENTENCING

INITIAL ON 2ND SUPERSEDING PETITION HELD

PARTIES TO FILE 3RD SUPERSEDING PETITION WITH HURLEY

DETENTION/BOND HRG HELD; GOV'T PROFFER

DEFT SWORN AND TESTIFIED

MOTION FOR BOND DENIED.   DEFT DETAINED

**DATE:** 5/16/07   **TAPE:** JMH- 07-31-1678/   07-32-276

Time in Court: ____ Hr. ____ Min.(10:50am-10:51am)(11:59am-12:41pm)