UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6261-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID DICKINSON,

    Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE

COMES NOW the Defendant, DAVID DICKINSON, by and through his undersigned counsel and hereby files this Motion to Continue the Initial on Third Superseding Petition and Final Probable Cause and states unto the Court as follows:

1. An Initial on the Third Superseding Petition and Final Probable Cause hearing is currently scheduled for Wednesday, May 23, 2007 at 10:00 a.m.

2. Undersigned counsel is presently in California and will be returning on Tuesday, May 29, 2007.

3. As of the filing of this motion, Assistant United States Attorney Donald Chase has advised undersigned counsel that the Third Superseding Petition for Revocation has not been filed.

4. As a result, counsel for Defendant and the Government have agreed to continue this matter until Wednesday, May 30, 2007.

5. Undersigned counsel has spoken with Assistant United States Attorney Donald Chase who advises that he does not oppose this motion.

WHEREFORE Defendant prays that ths Honorable Court grant the relief requested herein

and any other relief the Court deems just and proper.

                    ENTIN & DELLA FERA, P.A.
                    AutoNation Tower, Suite 1970
                    110 Southeast Sixth Street
                    Fort Lauderdale, FL 33301
                    Telephone:   (954) 761-7201
                    Facsimile:    (954) 764-2443


By:_____/S/ Alvin E. Entin_____
       ALVIN E. ENTIN
       Fla. Bar No. 127027

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6261-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID DICKINSON,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 22, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel fo record or pro se parties identified on the attached Service List in the manner specified, either transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                                              s/ Alvin E. Entin

**SERVICE LIST**
**UNITED STATES V. DAVID DICKINSON**
**Case No. 00-6261-CR-Hurley**

Donald Chase, Esquire
United States Attorneys Office
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33301
Attorneys for United States of America
By NEF