UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID DICKINSON,

    Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE

THIS CAUSE came before the Court upon David Dickinson's Unopposed Motion to Continue (DE #118), filed May 22, 2007. The Court having reviewed the motion and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED that said motion is hereby GRANTED. The Initial on the Third Superseding Petition and Final Probable Cause is reset to May 30, 2007 at 10:00 A.M., before the Duty Magistrate Judge.

DONE AND ORDERED at West Palm Beach, Florida, this 22nd day of May, 2007.

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

Honorable Daniel T. K. Hurley
All counsel of record