# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 5/30/07  TIME: 10:00AM

DEFT. DAVID DICKINSON (J)  CASE NO. 00-6261-Cr-HURLEY/AEV

LANGUAGE: ENGLISH  PRISONER NO.: 56048-004

AUSA. DONALD CHASE  ATTY. ALVIN ENTIN - CJA

AGENT. P. BRINSON - USPO  VIOL. SUPERVISED RELEASE VIOL.

PROCEEDING FINAL PROBABLE CAUSE  BOND. NO BOND (JMH)

FUTURE DATES: _____

DISPOSITION Defendant admitted to violations on 2nd SS Petition. Court finds deft knowingly & voluntarily admitted to charges and will recommend that the District Court proceed to sentencing.

DATE: 5/21/07  TIME: ____  TAPE: LRJ-07-34-2559