UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6261-CR-HURLEY

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**DAVID DICKINSON,**
    **Defendant.**

------------------------------------------------/

### ORDER SETTING SENTENCING HEARING
### FOR VIOLATING SUPERVISION

**THIS CAUSE** is before the court upon report from the United States Probation Office that the defendant in the above captioned case violated the conditions of supervision and upon the report and recommendation of a United States Magistrate Judge. For that reason, it is

**ORDERED** and **ADJUDGED** as follows:

A sentencing hearing will be conducted on **Friday, June 22, 2007, at 8:30 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 6th day of June, 2007.

                                                         Daniel T. K. Hurley
                                                   United States District Judge

**copy furnished:**
AUSA Donald Chase
Alvin Entin, Esq.
United States Probation Office
United States Marshal's Service