UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6261-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID DICKINSON,

    Defendant.
_____/

**MOTION TO EXTEND TIME TO FILE RESPONSE TO ORDER DIRECTING
SUPPLEMENTAL STATEMENT IN SUPPORT OF CJA ATTORNEY FEE VOUCHER**

    COMES NOW Attorney Alvin E. Entin, Esquire and hereby files this Motion to Extend Time to File Response to Order Directing Supplemental Statement in Support of CJA Attorney Fee Voucher and states unto the Court as follows;

    1. On August 15, 2007, CJA counsel for Defendant David Dickinson submitted the Original Appointment of and Authority to Pay Court Appointed Counsel with the breakdown of Attorney's Fees.

    2. After review of same, the Court directed undersigned counsel to file a response to order directing supplemental statement in support of CJA attorney fee voucher.

    3. Undersigned counsel is presently on vacation in New York and will be returning on Wednesday, January 2, 2008.

    4. As a result, undersigned counsel requests an extension of time up to and including Wednesday, January 9, 2008 to properly file a response to this Honorable Court's Order.

WHEREFORE Defendant prays that ths Honorable Court grant the relief requested herein and any other relief the Court deems just and proper.

        ENTIN & DELLA FERA, P.A.
        AutoNation Tower, Suite 1970
        110 Southeast Sixth Street
        Fort Lauderdale, FL 33301
        Telephone:   (954) 761-7201
        Facsimile:    (954) 764-2443

By:    /S/ Alvin E. Entin
       ALVIN E. ENTIN
       Fla. Bar No. 127027

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6261-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID DICKINSON,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 21, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel fo record or pro se parties identified on the attached Service List in the manner specified, either transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                                               s/ Alvin E. Entin

**CERTIFICATE OF SERVICE**

Donald Chase, Esquire
Office of the United States Attorney
By: ECF