UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6261-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID DICKINSON,

    Defendant.
_____/

## SUPPLEMENTAL SWORN STATEMENT OF ALVIN E. ENTIN

COMES NOW Attorney Alvin E. Entin, Esquire and hereby files this his Supplemental Sworn Statement in Response to Order Directing Supplemental Statement in Support of CJA Attorney Fee Voucher and states unto the Court as follows;

1. On August 15, 2007, CJA counsel for Defendant David Dickinson submitted the Original Appointment of and Authority to Pay Court Appointed Counsel with the breakdown of Attorney's Fees.

2. After review of same, the Court directed undersigned counsel to file a response to order directing supplemental statement in support of CJA attorney fee voucher.

3. According to undersigned counsel's records and recollection, on March 2, 2007, a preliminary probable cause hearing was held. At this hearing the Court found probable cause to violation of supervised release and scheduled a final probable cause hearing for April 6. 2007. At that preliminary hearing the probation officer testified before the Court. This testimony lasted 30-45 minutes between testimony and cross examination. Undersigned counsel was at the courthouse for 2 hours between waiting time and the hearing.

4. According to undersigned counsel's records and recollection, on April 4, 2007, undersigned counsel received a facsimile transmission from Donald Chase, Assistant United States Attorney, advising that the Defendant was arrested by the State of Florida on a warrant. The State Judge refused to set a bond according to the arrest warrant. As a result, that hearing was canceled.

5. According to undersigned counsel's records and recollection, on May 16, 2007, an initial on the Second Superseding Petition was scheduled as well as the detention hearing. The Defendant testified at this hearing and the motion for bond was denied. The Second Superseding Petition was not heard because the Petition was given to undersigned counsel in the courtroom and it added new material items that the defense was not prepared to go forward on. The parties were granted permission to file the Third Superseding Petition. As a result, a hearing on the Third Superseding Petition and Final Probable Cause hearing were rescheduled for May 23, 2007. That hearing was later rescheduled to take place on May 30, 2007. Undersigned counsel was at the courthouse for 2 hours between waiting time and the hearing.

6. According to undersigned counsel's records and recollection, on May 30, 2007, a final probable cause hearing was held where the Defendant admitted to the violations in the Second Superseding Petition. During the two hour period billed, there were negotiations and discussions with the parties as well as the probation officer to come to an agreement on the factual proffer that the Defendant would agree to for the purposes of admitting the Petition. The Sentencing was then scheduled for June 22, 2007.

7. According to undersigned counsel's records and recollection, on June 22, 2007, a sentencing hearing was held. The two hours billed included the Defendant reading a prepared elocution which took at least 15 minutes. The probation officer testified and the Court asked numerous questions. Undersigned counsel was at the courthouse for 2 hours between waiting time

and the hearing.

>ENTIN & DELLA FERA, P.A.
>AutoNation Tower, Suite 1970
>110 Southeast Sixth Street
>Fort Lauderdale, FL 33301
>Telephone:	(954) 761-7201
>Facsimile:	(954) 764-2443
>
>
>By:      /S/ Alvin E. Entin
>         ALVIN E. ENTIN
>         Fla. Bar No. 127027

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6261-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID DICKINSON,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 10, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel fo record or pro se parties identified on the attached Service List in the manner specified, either transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                                    s/ Alvin E. Entin

**CERTIFICATE OF SERVICE**

Donald Chase, Esquire
Office of the United States Attorney
By: ECF